# Schedule of Exhibits: A through D

*Detailed Schedule of Exhibits:*

### EXHIBITS – A

1. Copy of **Agreement/Contract and Addendum** (24 pages ); and

### EXHIBITS – B

2. Copy of **FINAL ARBITRATION AWARD** (23 pages which including certification); and

### EXHIBITS – C

3. Copy of **Proof of Delivery** of Award to Respondents (5 pages); and

### EXHIBITS – D

4. **PROPOSED ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD** (3 pages).

**56 pages total including this Schedule of Exhibits**

EXHIBIT - A

Conditional Acceptance for the Value/Agreement/Counter Offer to Acceptance of Offer

## SHOW OF CAUSE PROOF OF CLAIM DEMAND
### SERVED OR PRESENTED via the: UNITED STATES POSTAL SERVICE
### by the UNITED STATES POST OFFICE via First Class Postage Prepaid

## Contract # 2019-0108BRUCWSFCM–S12389981– 5577899811©

### PARTIES:
### (RESPONDENTS/OFFEREE:)

**To:** WILMINGTON SAVINGS FUND SOCIETY, FSB
**Attention:** Mark A. Turner (CEO)
**Address:** 500 Delaware Avenue, Wilmington, DE 19801
**Account No.(s):** 202985786 and 7000124554
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6126

**To:** WILMINGTON SAVINGS FUND SOCIETY, FSB
c/o William S. Koehler – ALBERTELLI LAW
**Address:** 1201 Main Street, Suite 1450, Columbia, SC 29201
**Account No.(s):** 202985786 and 7000124554
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6133

**To the District Court of the United States**
Charleston Division/Civil
**Address:** 85 Broad Street, Charleston, South Carolina 29401
**Case No.(s):** 2:17-cv-02617-RMG-BM , 2:18-cv-02555-BHH-BM
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6140

**To:** CARRINGTON MORTGAGE SERVICES, LLC
**Attention:** Bruce Rose (CEO)
**Address:** P.O. BOX 5001, Westfield, IN 46074
**Account No.(s):** 7000124554 and 202985786
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6157

**To the** UNITED STATES OF AMERICA
c/o U.S. Department of Justice
**Address:** 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6164

**To the** United States Supreme Court
**Address:** 1 First St NE, Washington, DC 20543
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6171

**To the** South Carolina Supreme Court
**ATTENTION:** Chief Justice Donald W. Beatty
**Address:** 1231 Gervais Street, Columbia, South Carolina 29201
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6188

**To the** United States Department of Agriculture
Fiscal Service, Director, Finance Office
**Address:** 1400 Independence Avenue, SW, Washington, DC 20250
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6195

**To** State of South Carolina Attorney General's Office
Attorney General Alan Wilson
**Address:** P.O. Box 11549, Columbia, South Carolina 29211
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6201

**To:** South Carolina Housing Trust Fund
SC Housing Corp
c/o Tracey C. Easton
**Address:** 300-C Outlet Pointe Blvd., Columbia SC 29210
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6218

**To:** Dorchester County Courthouse
Common Pleas/Civil/Circuit Court – c/o Judge Diane S. Goodstein
**Address:** 5200 E. Jim Bilton Boulevard, Saint George, South Carolina 29477
**Case No.(s):** 2016CP1801678 , 2016LP1800400
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6225

**To:** Department of the Treasury
Bureau of The Fiscal Service
**Address:** 3201 Pennsy Drive, Building E, Landover, MD 20785
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6232

**To:** Federal Reserve
Board of Governors of the Federal Reserve System
**Address:** 20th Street and Constitution Avenue N.W., Washington, DC 20551
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6249

**To:** BANK OF AMERICA, N.A.
c/o BANK OF AMERICA CORPORATION – Brian Moynihan (CEO)
100 N. Tryon Street, Charlotte, North Carolina 28255
**Account No.:** 202985786
CERTIFIED MAIL NUMBER: 7018 0360 0001 0340 6300

### (CLAIMANTS/OFFEROR:)

**From:** Nelson L. Bruce
**Address:** 144 Pavilion Street, Summerville, South Carolina [29483]

#### January 8, 2019

To the Holder in Due Course and/or agent and/or representative,

I Nelson L. Bruce and associates have received your offer and accept your offer under the following terms and conditions-

That you provide the following proof of claim, your failure to provide proof of claim, and to accept payment for credit on account shall constitute a breach of this binding self-executing irrevocable contractual agreement coupled with interest and subject the breaching party to fines, penalties, fees, taxes and other assessments. You are hereby notified that this new conditional acceptance/offer replaces all previously presented conditional acceptance/offers by the referenced claimants to the referenced respondents to separate, remove and/or to include relevant parties and to avoid confusion in this matter.

**10251.** PROOF OF CLAIM, the legal status of these "un/non-constitutional legislative entities" operating/functioning as sources of authority for these so-called "Revised Codes/Statutes"; and specifically the United States Code and/or specifically THE ACT OF MARCH 9TH, 1933 Proclamation

2038, 2039, 2040 AND Titles 4, 7, 11, 12, 15, 16, 18, 28, 31 and 42 USC; C.F.R., THE FEDERAL REGISTRY, thereof, is not that of a corporation/quasi corporation; which, is also created by statute. [See: 73 C.J.S., Public Administrative Law and Procedures, § 10, p. 372, citing: Parker v. Unemployment Compensation Commission, 214 S.W. 2d 529, 358 Mo. 365, which States: "The powers granted to an administrative body may be such as to establish it as a legal entity, and, although not expressly declared to be a corporation, it may be considered a public quasi corporation."; Texas & Pacific Railway v. InterState Commerce Commission, 162 U.S. 197 (1895), which States: "The InterState Commerce Commission is a body corporate, with legal capacity to be a party plaintiff or defendant in the Federal courts."; 2 Am.Jur.2d, Administrative Law, § 32, p.56, which States: "Some administrative agencies are corporate bodies with legal capacity to sue and be sued."].

## I.    SHOW OF CAUSE PROOF OF CLAIM DEMAND

**10252.**  PROOF OF CLAIM, that the Legislative Reference Bureau, created by Act of April 27, 1909, P.L. 208, and, reorganized by Act of May 7, 1923, P.L. 158, as a legislative "agency" with the primary function to draft and pass upon legislative bills and resolutions for introduction in the General Assembly, and to prepare for "adoption" by the General Assembly, "Codes" by topics, of the existing general statutes for which it was handed over statutory authority in 1974 to publish an "official publication" of the United States Code, is not operating/functioning as a "un/non-constitutional legislative entity"; and, is not operating or functioning as a foreign corporate entity representing the source of authority for the existence of statute(s)/law(s) known as the United States Code, in the capacity of an "administrative law agency" administering the corporate affairs and public of that which created it by statute.

**10253.**  PROOF OF CLAIM, these alleged statute(s)/law(s) of this "un/non-constitutional legislative entity"; i.e., the Legislative Reference Bureau, operating/functioning as a foreign corporate "administrative law agency" are not by nature akin private "by-laws" of a "corporation" for the administration of its internal Government and public; and, are binding and of force or effect over and upon the private, non-enfranchised, and non-assumpsit's thereto; and therewith, living, breathing, flesh-and-blood man, i.e. a natural person/man; and, as such, are not ultimately governed by, through, and within the realm of commercial law as adopted and codified within The United States Code thereby; and therein, representing commercial law for operating/functioning in commerce.

**10254.**  PROOF OF CLAIM, whereas the Constitution for the United States of America at Article I, Section 8 and 10 clearly prohibits the Congress from printing and issuing Federal Reserve Notes as it is a constitutional entity, or purportedly so, and its actions are limited thereby; and therein, a corporation or trust is not; e.g., the Federal Reserve System, created by Congressional Act in 1913, and as a "un/non-constitutional Congressional entity" without the Constitution, and therefore not bound NOR encumbered by said document/instrument, may proceed to print and issue money (currency) which would be an unconstitutional form of money for Congress; restrained as it is, by the instrument/document of its creation, these "un/non-constitutional legislative entities"; e.g., the Legislative Reference Bureau, and the alleged statute(s)/law(s) they create/generate is not a "un/non-constitutional" issue having no nexus with the Constitution; and, the binding force or effect of said statute(s)/law(s) is not established/created solely from; or by, contract between the parties; which, once silent judicial notice of said contract is taken by the Holder in due Course any affidavits in support thereof; and specifically within the above referenced alleged Loan/Debt/Security Instrument, unless said presumption of a contract is rebutted?

   a.  Please note that although it is the United States Treasury Department who prints the so-called Federal Reserve notes, these notes have no value and are not backed by anything-

"Federal Reserve notes are not redeemable, and receive no backing by anything this has been the case since 1933. The notes have no value for themselves," this is taken from the official website of the United States financial expert, the United States Department of the Treasury whose job it is to print the money to be utilized by the public, and

note how they say that since the government declared bankruptcy in 1933 their notes have had no value.

**An official website of the United States Government**

*An official website of the United States Government*

## U.S. DEPARTMENT OF THE TREASURY

https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx

the Federal Reserve issues bookkeeping entry credit, there is no constitutional amendment permitting the Federal Reserve and/or the treasury to create worthless items and declared them to be currency. The Constitution has held that the monies created by Congress must have a value, and this is not a market value but a national currency value. Federal Reserve bookkeeping entry credit is not regulated by Congress, making this process by the Federal Reserve, the issuance of bookkeeping entry credit, unconstitutional. That is, unless and until you can provide facts and conclusions of law and not opinion to the contrary.

10255.  PROOF OF CLAIM, that the original lender did not lend "bookkeeping entry credit" in the form of a loan, and failed to provide such notification and clear, unambiguous, conspicuous language/terminology that any reasonable man or woman would understand? **"intentionally created fraud in the factum" and withheld from plaintiff... "vital information concerning said debt and all of the matrix involved in making the loan".** Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008). EquiFirst, when making the loan, violated Regulation Z of the Federal Truth in Lending Act- 15 USC §1601 and the Fair Debt Collections Practices Act 15 USC §1692

10256.  PROOF OF CLAIM- That the banking Holiday proclaimed by Pres. Roosevelt under proclamation 2039 prohibiting any during the course of such emergency to include but not be limited to deposits, credits, receipts, withdrawals within and between banking institutions has been suspended, declared over, abolished, repealed?

10257.  PROOF OF CLAIM- That the government loan represented by this account is not backed by the full faith and credit of the United States government?

10258.  PROOF OF CLAIM- That the government loan represented by this account is not secured by mortgage insurance, and that the holder in due course is the beneficiary of that mortgage insurance? That the mortgage insurance is in place should the borrower default?

10259.  PROOF OF CLAIM- That the Loan associated with the debt is classified as a personal loan and not a home loan? And that if it were to be classified as a home loan the original lender would be responsible for capital gains taxes? That the Home is purchased not from a bank but a Private home Owner?

10260.  PROOF OF CLAIM- That the property securing the loan (an unsecured loan), has been fully paid as a result of the treasury program and/or other government program respecting or associated with such loans (PROGRAMS LIKE THE SINGLE-FAMILY HOME LOAN GUARANTEE PROGRAM)?

10261.  PROOF OF CLAIM- That issuing the loan in the form of "BOOKKEEPING ENTRY CREDIT" was deceptive, intentional, and a deliberate attempt to conceal pertinent information regarding the origination of the loan and the matrix associated thereto?

10262.  PROOF OF CLAIM- That tax credits and/or a charge off whereby the government has issued credits respecting the associated loan/debt has not been applied to the borrower's side of the ledger indicating the adjustment in balance?

10263.  PROOF OF CLAIM- That the Uniform Nonjudicial Foreclosure Act, The Uniform Home Foreclosure Procedure Act, the Administrative Procedures Act, do not recognize arbitration as an alternative dispute resolution remedy?

**10264.**  PROOF OF CLAIM- That the associated loan has not been satisfied as outlined in the Uniform Satisfaction of Mortgage Act?

**10265.**  PROOF OF CLAIM- That the borrower is entitled to a full and complete accounting, as you and/or your associated organizations are the keepers of record, the custodians of record, and or to supply a full and complete accounting of the record upon demand? Please note that demand is hereby made for a complete comprehensive accounting of this account, and the same deadline for furnishing a response to this presentment is the exact same deadline for furnishing the accounting as/is demanded!

**10266.**  PROOF OF CLAIM- That your organization nor the original lender ever intended on limiting lawful money as required in law, regulated by Congress and prescribed by the Constitution of the United States of America?

**10267.**  PROOF OF CLAIM- That there is no lawful statute and/or Constitution delegation of authority authorizing your institution in creating "BOOKKEEPING ENTRY CREDIT", as a form of acceptable currency within the United States?

**10268.**  PROOF OF CLAIM- That all property in the United States is owned by the state by virtue of government?

**10269.**  PROOF OF CLAIM- That the following statement and/or record of Congress remains extant?

*"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise." [Rep. James Traficant, Jr. (Ohio) addressing the House, Congressional Record, March 17, 1993, Vol. 33, page H-1303]*

**10270.**  PROOF OF CLAIM- That as a banking institution the Borrower may utilize Bookkeeping Entry Credit as a form of acceptable currency as it was the initiating currency of issuance-

Now, **Therefore I, Franklin D. Roosevelt, President of the United States of America,** *in view of such national emergency and by virtue of the authority vested in me by said Act* ... do hereby proclaim, order, direct and declare that ... there shall be maintained and observed by all banking institutions and **all branches thereof located in the United States of America**, including the territories and insular possessions, **a bank holiday, and that during said period all banking transactions shall be suspended. During such holiday** ... no such banking institution or branch shall ... permit the withdrawal or transfer in any manner or by any device whatsoever, of any ... currency ... nor shall any such banking institution or branch pay out deposits, make loans or discounts ... transfer credits ... or transact any other banking business whatsoever.

During such holiday, the Secretary of the Treasury, with the approval of the President and under such regulations as he may prescribe, is authorized and **empowered** (a) to permit any or all of such banking institutions to perform any or all of the usual banking functions, (b) to direct, require or permit the issuance of clearing house certificates or other evidences of claims against assets of banking institutions, and (c) to authorize and direct the creation in such banking institutions of special trust accounts for the receipt of new deposits which shall be subject to withdrawal on demand without any restriction or limitation and shall be kept separately in cash or on deposit in Federal Reserve Banks or **invested in obligations of the United States.**

As used in this order the term "banking institutions" shall include all Federal Reserve Banks, national banking associations, banks, trust companies, savings banks, building and loan associations, credit unions, or other corporations, partnerships, associations or persons, **engaged in the business of receiving deposits, making loans, discounting business paper, or transacting any other form of banking business**

EXHIBIT - A

· Proclamation 2039—Declaring Bank Holiday March 9, 1933; Public Papers and
Addresses of Franklin D. Roosevelt declared Law By the General Assembly US Congress
March 9, 1933 and the Act associated by the same name.

10271.  PROOF OF CLAIM- That the loan and the Associated Debt is an Obligations of the UNITED STATES
as defined in statute—

**September 14, 1976." The Senate Special Committee had found
that President Roosevelt's 1933 proclamation of a national
emergency were still extant. See:** SENATE SPECIAL COMMITTEE ON NATIONAL
EMERGENCIES AND DELEGATED EMERGENCY POWERS, FINAL REPORT: NATIONAL
EMERGENCIES AND DELEGATED EMERGENCY POWERS, S. Rept. No. 94-922, 94th Cong., 2d
Sess. (1976). P.L. 94-412 (Sept. 14, 1976); 90 Stat. 1255; 50 U.S.C. 1601 et seq.

10272.  PROOF OF CLAIM- That *"The ownership of all property is NOT in the state; AND THAT
individual so-called 'ownership' is only by virtue of the government, i.e., law, amounting to mere
user; and THAT law must be in accordance with law and subordinate to the necessities of the
state."* Senate Document No. 43, 73rd Congress, 1st Session;

10273.  PROOF OF CLAIM- That *"Under the new law the money is issued to the banks in return for
government obligations... The money will be worth 100 cents on the dollar, because it is backed by
the credit of the nation. THAT IT represents a mortgage on all the homes, and ... all the people of
the nation."* Congressional Record, March 9, 1933 on HR 1491 p. 83.

10274.  PROOF OF CLAIM- That it has been *"Resolved by the Senate and the House of Representatives
of the United States of America in Congress assembled: That (a) every provision contained in or
made with respect to any obligation which purports to give the obligee the right to require
payment in gold or a particular kind of coin or currency, or in an amount in money of the United
States measured thereby, is declared to be against public policy, and no such provision shall be
contained in or made with respect to an obligation hereafter incurred. Every obligation heretofore
or hereafter incurred, whether or not any such provision is contained therein or made with respect
thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency, which at
the time of payment is legal tender for public or private debts . . ."* The GOLD Abrogation Act of
June 5th, 1933

10275.  PROOF OF CLAIM- That *"Since March 9, 1933, the United States has been in a state of declared
national emergency." "These proclamations give force to 470 provisions of federal law. These
hundreds of statutes delegate to the President extraordinary powers exercised by Congress, which
affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers
taken together, confer enough authority to rule this country without reference to normal
constitutional process."* Senate Report 93-549, July 24, 1973

10276.  PROOF OF CLAIM- That the following is the current and is the current understanding:

> *[Mr. McPhadin] "... The first section of the bill, as I grasped it, is practically the war powers that
> were given back in 1917. I would like to ask the chairman of the committee if this is a plan to
> change the holding of the security back of the Federal Reserve notes to the Treasury
> of the United States rather than the Federal Reserve agent."*

> *[Mr. Stiggle] "This provision is for the issuance of Federal Reserve bank notes; and not for
> Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of
> exchange, bank acceptances, outlined in the section to which the gentleman has referred."*

> *[McPhadin] "Then the new circulation is to be Federal Reserve bank notes and not Federal
> Reserve notes. Is that true?"*

> [Stiggle] "Insofar as the provisions of this section are concerned, yes."

> *"[Mr. Britein] From my observations of the bill as it was read to the House, it would appear that
> the amount of bank notes that might be issued by the Federal Reserve System is not limited.
> That will depend entirely upon the mount of collateral that is presented from time to time from
> exchange for bank notes. Is that not correct?"*

> *[McPhadin] "Yes, I think that is correct."???*

the Congressional Record during the debate over the Emergency Banking Act of 1933.

10277.  PROOF OF CLAIM- That the amendment of § 5(b) provided that the Act can only be invoked "(d)uring the time of war." The elimination of the exclusion made clear that any and all emergency powers that might have previously been available pursuant to a national emergency declared under § 5(b) Congress did not formally terminate the one declared by President Roosevelt (apparently believing that only the President could do so). And so, 50 U.S.C. App. 5(b); 12 U.S.C. 95a. In amending TWEA, Congress did provide for the continuation of the emergency and of any economic sanctions that were the result of a Presidential declaration of national emergency that were in effect on July 1, 1977, subject to automatic termination unless they were renewed annually. This provision allowed the continuation of the National Bankruptcy and the National Banking Holiday, as well as the sanctions on regimes like Cuba, North Korea, China, and North Vietnam to continue without the President having to declare a new national emergency under IEEPA. See 50 U.S.C.A. App. 5, note.

10278.  PROOF OF CLAIM- That as first adopted in 1976, the National Emergencies Act excluded from its purview Section 5(b) of the Trading with the Enemy Act. As noted above, the law under which President Roosevelt issued the declaration of national emergency with respect to the National bankruptcy was never cancelled. With the Cold War sections under that act had also been used by the executive branch as the legal basis for imposing economic sanctions on the communist nations of North Korea, Cuba, China, and North Vietnam; and the National Emergencies Act had been terminated, there would have been no other legal basis for continuing the sanctions against those countries, accept to enact a set of new specific laws, Congress chose not to consider. As a consequence, the State Department asked that Section 5(b) be excluded from the National Emergencies Act **until other legislation providing a basis for the continuation of economic sanctions against those countries could be enacted.** Is this not the case?

10279.  PROOF OF CLAIM- That *"Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United States, the Secretary of the Treasury, in his discretion, may regulate any or all individuals… Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine may be imprisoned for a year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N, March 9, 1933]; that it is under discretion and the direct supervision of the United States treasury that the banking institutions are utilizing "bookkeeping entry credit", and because the law defines a "banking institution" as one who engages in the business of banking i.e. banking business, during this current national banking emergency defined in law as bankruptcy, such "bookkeeping entry credit utilization" is construed as currency of the United States, and may be utilized for the payment and/or repayment of a loan instituted and or issued in the same species, is this not so?*

10280.  PROOF OF CLAIM, that you notify the undersigned and/or the undersigned's representative of your attempt to deceive them, and that they knowingly and intentionally agreed to such deception, for instance, if this matter involve the lending of credit, and/or a mortgage loan, proof that you provided the borrower with evidence as to the origination of the loan, and the species of currency utilized in the origination of loan?

10281.  PROOF OF CLAIM, that you have provided and/or will provide to the undersigned a copy of the original contract in its current state, without alterations and or amendments, for we know that any alteration and/or amendment on a contract has to be done in the presence of the other party with the approval of the other party, and that if you have provided a copy prior to the issuance of this document please provide proof and the date upon which such was done, and if you have not provided a copy please provide a copy with your response, and failure to do so would be constituted as a refusal on your part and a breach of this agreement invoking the tacit acquiescence and your forfeiture and waiver of all rights and full consent to every provision of the agreement and the penalties and assessment and fees associated therewith.

10282.  PROOF OF CLAIM, that you provide a list of all of your subsidiaries, EIN numbers and the like, plus a copy of your COMPREHENSIVE ANNUAL FINANCIAL REPORT for the past 10 years inclusive of notes, ledgers, references, with term definitions within the next 14 calendar days, as the custodian of record for this account, you are to highlight the Association of this account within those records, failure to do so will invoke the default principles of this agreement and your full and complete consent with all of the terms and conditions as well as penalties associated thereto, hereto, therewith.

10283.  PROOF OF CLAIM, that you will not attempt to circumvent the process after default, or after your consent and approval and agreement to this presentment, and that you agree that any attempt

to circumvent the process shall invoke and cause to be placed in full affect the treble damage provision of this agreement plus, penalties, fines, assessment, fees.

10284. PROOF OF CLAIM, that you agree that if you should in any way attempt to evade, and or provide a general response, and or refuse to respond, and or refuse to provide the evidence and information and/or documents and/or records demanded, that you are guilty of fraud, deception, racketeering, and you will not object to your full prosecution as an organization with the co-conspirators mainly your Board of Directors if you are a corporation, with a minimum jail time of five years day for day and a maximum not to exceed that of 65% of a proscribed law. And that such failure and/or refusal on your part shall constitute your binding and willful consent to the relinquishing of the total value of the claim of this agreement, payable on demand with your waiver to a defense, and or a trial, and or hearing, and or notice, and or presentment, and or right to review and or right to appeal and or right to object!

## II. CAVEAT

10285. Please understand that while the Undersigned wants, wishes and desires to resolve this matter as promptly as possible, the Undersigned can only do so upon Respondent('s) 'official response' to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim by Respondent('s) providing the Undersigned with the requested and necessary Proof of Claims raised herein above.

10286. Therefore, as the Undersigned is not a signatory; NOR a party, to your "social compact" (contract) known as the Constitution (Charter) of the UNITED STATES; NOR noticed NOR cognizant, of any agreement/contract between the UNITED STATES, and the Undersigned and specifically any obtained through FULL DISCLOSURE and containing any FAIR/VALUABLE CONSIDERATION therein, which would act/operate to create and establish a "relationship" (nexus) and thereby; and therein, bind the Undersigned to the specific "source of authority" for the creation and existence of the alleged statute(s)/law(s) as contained and allegedly promulgated within the "Code" known as the United States Code; which, with the privity of contract or contract itself would thereby; and therein, create and establish legal force and or effect of said statute(s)/law(s) over and upon the Undersigned; and, would also act/operate to subject the Undersigned to the "statutory jurisdiction" of the UNITED STATES, its laws, venue, jurisdiction, and the like of its commercial courts/administrative tribunals/units and thereby; and therein, bind the Undersigned to said courts/administrative tribunal's/unit's decisions, orders, judgments, and the like; and specifically as within the above referenced alleged Commercial/Civil/Cause; and, which would act/operate to establish and confer upon said court/administrative tribunal/unit the necessary requirement/essential of "subject-matter jurisdiction" without which it is powerless to move in any action other than to dismiss. And as a result thereof the parties agree that any statute and/or code introduced by the United States Congress and or state legislature under its non-governmental capacity i.e. it's "corporate business commercial transacting nature", are not binding on any of the parties, and cannot be introduced and or used as any justification for any proceeding, and/or procedure, and or remedy respecting this matter. That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with this agreement. That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default, that the value of this agreement is **$740,040.33 (SEVEN HUNDRED FORTY THOUSAND FORTY DOLLARS AND THIRTY-THREE CENTS)**, the amount demanded is **($740,040.33)**. The Undersigned once more respectfully requests the Respondent(s) provide said necessary Proof of Claims so as to resolve the Undersigned's confusion and concerns within this/these matter(s). Otherwise, the Undersigned must ask, "What is the Undersigned's remedy?"

10287. THEREFORE, as Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary Proof of Claims, and otherwise being in a 'catbird's seat' to provide the requested and necessary Proof of Claims raised herein above, Respondent(s) is able, capable, and most qualified to inform the Undersigned on those matters relating to and bearing upon the above referenced alleged *CIVIL/COMMERCIAL/Cause* and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned proof of claim and/or demand associated with this self-executing binding irrevocable contractual agreement coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Undersigned as to the nature and cause of said process(s), proceeding(s), and the like as well as the

lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said Commercial/Civil/Cause.

10288. The Undersigned herein; and hereby, provides the Respondent(s) ten (10) Calendar days; to commence the day after receipt of this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, in which to gather and provide the Undersigned with the requested and necessary Proof of Claims raised herein above, with the instruction, to transmit said Proof of Claims to the Undersigned and the below named Notary/Third Party and or their representative as stipulated and attached hereto if applicable, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). Further, the Undersigned herein; and hereby, extends to the Respondent(s) the offer for an additional ten (10) Calendar days in which to provide the requested and necessary Proof of Claims raised herein above.  If Respondent(s) desires the additional ten (10) Calendar days, Respondent must cause to be transmitted to the Undersigned and the below named Notary/Third Party etc. al; a signed written REQUEST. Upon receipt thereof, the extension is automatic; however, the Undersigned strongly recommends the Respondent(s) make request for the additional ten (10) Calendar days well before the initial ten (10) Calendar days have elapse to allow for mailing time. NOTICE: Should Respondent(s) make request for the additional ten (10) Calendar days, said request will be deemed "good faith" on the part of Respondent(s) to perform to this offer and provide the requested and necessary Proof of Claims.  Should Respondent(s) upon making request for the additional ten (10) Calendar days, of which there will be, cannot be, and shall not be any extension as the aforementioned requested information is required to be readily available for inspection and review upon demand, then fail or otherwise refuse to provide the requested and necessary Proof of Claims, and/or fails to provide the specific information in full detail as specified according to the terms of this agreement, and or shall cause to have presented a nonresponse, and or a general response, and or a nonspecific response, which shall only constitute as an attempt to evade, to delay, said act(s) on the part of Respondent(s) shall be deemed and evidenced as an attempted constructive fraud, deception, bad faith, and the like upon Respondent's (s') part and further attempts to cause an inflict injury upon the Undersigned. Further, the Undersigned herein strongly recommends to Respondent(s) that any Proof of Claims and request for the additional ten (10) Calendar days be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned.

10289.   Should the Respondent(s) fail or otherwise refuse to provide the requested and necessary Proof of Claims raised herein above within the expressed period of time established and set herein above, Respondent(s) will have failed to State any claim upon which relief can be granted. Further, Respondent(s) will have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the above referenced alleged Commercial/Civil/Cause, as raised herein above as Proof of Claims herein; and ALL facts necessarily and of consequence arising there from, are true as they operate in favor of the Undersigned, and that said facts shall stand as prima facie and ultimate (un-refutable) between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed. Further, failure and/or refusal by Respondent(s) to provide the requested and necessary Proof of Claims raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, are true, correct, complete, and NOT misleading.

### III.    ARBITRATION- AN ADMINISTRATIVE REMEDY COGNIZABLE AT COMMON-LAW

10290. ADDITIONALLY it is exigent and of consequence for the Undersigned to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Undersigned, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth

and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom; and,

10291. In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance for the Value/Agreement/Contract no. **2019-0108BRUCWSFCM– S12389981– 5577899811©** constitutes an agreement of all interested parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator, whereas a designated arbitrator shall be chosen at random, who is duly authorized, and in the event of any physical or mental incapacity to act as arbitrator, the Undersigned shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Undersigned deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Undersigned deems appropriate.

10292. Further, Respondent(s) agrees the Undersigned can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Undersigned for the moral wrongs committed against the Undersigned as set, established, agreed and consented to herein by the parties hereto, to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Commercial/Civil/Cause; fraud, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission. Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code financing 1 Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America), and notice to Respondent('s) by invoice. Per Respondent('s) failure or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests; this Conditional Acceptance for Value and counter offer/claim for Proof of Claim becomes the security agreement under commercial law whereby only the non-defaulting party becomes the secured party, the holder in due course, the creditor in and at commerce. It is deemed and shall always and forever be held that the undersigned and any and all property, interest, assets, estates, trusts commercial or otherwise shall be deemed consumer and household goods not-for-profit and or gain, private property, and exempt, not for commercial use, nontaxable as defined by the Uniform Commercial Code article 9 section 102 and article 9 section 109 and shall not in any point and/or manner, past, present and/or future be construed otherwise- see the Uniform Commercial Code article 3, 8, and 9.

10293. Should Respondent(s) allow the ten (10) Calendar days or twenty (20) Calendar days total if request was made by signed written application for the additional ten (10) Calendar days to elapse without providing the requested and necessary Proof of Claims, Respondent(s) will go into fault and the Undersigned will cause to be transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s); wherein, Respondent(s) will be given an additional three (3) days

(72 hours) to cure Respondent's (s') fault. Should Respondent(s) fail or otherwise refuse to cure Respondent's(s') fault, Respondent will be found in default and thereby; and therein, Respondent will have established Respondent's(s') consent and agreement to the facts contained within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Undersigned; e.g., that the judgment of alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* is VOID AB INITIO for want of subject-matter jurisdiction of said venue; insufficient document (Information) and affidavits in support thereof for want of establishing a claim of debt; want of Relationship with the "source of authority" for said statute(s)/law(s) for want of privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and, Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Undersigned; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the error in the above referenced alleged *Commercial/Civil/Cause* and thereby; and therein, release the indenture (however termed/styled) upon the Undersigned and cause the Undersigned to be restored to liberty, and releasing the Undersigned's property rights, as well as ALL property held under a storage contract in the "name" of the all-capital-letter "named" defendant within the above referenced alleged *Commercial/Civil/Cause* within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this presentment is to be construed contextually and not otherwise, and that if any portion and/or provision contained within this presentment, this self-executing binding irrevocable contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment. That the arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the properties associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

**10294.** The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged *Commercial/Civil/Cause* as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Undersigned may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

### IV.    NOTICE OF COMMON-LAW ARBITRATION:

**10295.** Please be advised that in-as-much as the Undersigned has "secured" the "interest" in the "name" of the all-capital-letter "named" defendant as employed/used upon the face; and within, ALL documents/instruments/records within the above referenced alleged Commercial/Civil/Cause, to include any and all derivatives and variations in the spelling of said "name" except the "true name" of the Undersigned as appearing within the Undersigned's signature block herein below, through a Common-Law Copyright, filed for record within the Office of the Secretary of State, Columbia State of South Carolina and or Sacramento State of California and or Las Vegas State of Nevada, and, having "perfected said interest" in same through incorporation within a Financing (and all amendments and transcending filings thereto), by reference therein, the Undersigned hereby; and herein, waives the Undersigned's rights as set, established, and the like therein, as "perfected" within said Financing Statement acting/operating to "register" said Copyright, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the above referenced alleged *Commercial/Civil/Cause* for the SOLE purpose to correct said record and comply with Respondent's(s') agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Undersigned, the Undersigned's corpus, and ALL property currently under a "storage contract" under the Undersigned's Common-Law Copyrighted trade-name; i.e., the all-capital-letter "named" defendant within the above referenced alleged Commercial/Civil/Cause, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a. the United States. Please take special note, that the copyright is with reference to the name and its direct association and/or correlation to the presenter.

EXHIBIT - A

**10296. NOTICE:** That the arbitrators "must not necessarily judge according to the strict law but as a general rule ought chiefly to consider the principles of practical business" *Norske Atlas Insurance Co v London General Insurance Co [1927] 28 Lloyds List Rep 104*

* "internationally accepted principles of law governing contractual relations"[*Deutsche Schachtbau v R'As al-Khaimah National Oil Co [1990] 1 AC 295*]

* If the contract (valid or otherwise) contains an arbitration clause, then the proper forum to determine whether the contract is void or not, is the arbitration tribunal.[*For example, see Heyman v Darwins Ltd. [1942] AC 356*]

* That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract. Any default by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who defaulted as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests. That the arbitrator is prohibited from considering and/or relying on statutory law, as it has been held that any time any party relies on or enforces a statute, they possess no judicial power

* "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency." *AISI v US, 568 F2d 284.*

* "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

* "...their supposed 'court' becoming thus a court of limited jurisdiction' as a mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. West's 1977) *FRC v G.E. 281 US 464; Keller v PE,* 261 US 428.

* "When acting to enforce a statute, the judge of the municipal court is acting an administrative officer and not as a judicial capacity; courts in administrating or enforcing statutes do not act judicially. but, merely administratively." *Thompson v Smith.* 155 Va. 376. 154 SE 583, 71 ALR 604.

* "It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." *Endicott v Perkins,* 317 US 501

* "It is not every act, legislative in form, that is law. Law is something more than mere will exerted as an act of power...Arbitrary power, enforcing its edicts to the injury of the person and property of its subjects is not law." *Hurtado v. California* (1884) 110 US 515 (1984).

* Some of the aforementioned cases are not published, however, these are still fundamental principles of law, and one of the fundamental principles of arbitration is that the arbitrator sits as judge over the facts, and as such to preserve the sanctity of the process an arbitrator receives the same immunity as a judge and is exempt from prosecution and or review, unless it can be proved that the arbitrator intentionally ignored the evidence and acted in conspiracy to defraud the parties.

**10297.** As the Undersigned has no desire NOR wish to tie the hands of Respondent(s) in performing agreed upon duty/obligation as set, established, and agreed upon within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim and thereby create/cause a "breach" of said contractually binding agreement on the part of the Respondent(s), Respondent(s) is hereby; and herein, NOTICED that if this waiver of said Copyright is not liberal, NOR extensive enough, to allow for the Respondent(s) to specifically perform all duties/obligations as set, established, and agreed upon within the Conditional Acceptance for Value and counter offer/claim for Proof of Claim: Respondent(s) may; in "good faith" and NOT in fraud of the Undersigned, take all needed and required liberties with said Copyright and this waiver in order to fulfill and accomplish Respondent's(s') duties/obligations set, established, and agreed upon between the parties to this agreement.

**10298.** If Respondent(s) has any questions and or concerns regarding said Copyright and or the waiver, Respondent(s) is invited to address such questions and or concerns to the Undersigned in writing, and causing said communiqués to be transmitted to the Undersigned and below named Notary/Third Party. The respondents have acted as if the contract quasi-or otherwise does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest. It is as a result of that conflict of interest that binding arbitration shall be instituted

**10299.** Your failure to respond, and this would include each of the respondents by their representative, and if represented by the Atty. Gen., such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

    **V.    NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND VICE VERSA**

EXHIBIT - A

**10300. NOTICE:** In this Conditional Acceptance for Value and counter offer/claim for Proof of Claim(a) the words "include," "includes," and "including," are not limiting; (b) the word "all" includes "any" and the word "any" includes "all"; (c) the word "or" is not exclusive except when used in conjunction with the word "and"; as in, "and/or"; and (d) words and terms (i) in the singular number include the plural, and in the plural, the singular; (ii) in the masculine gender include both feminine and neuter.

**10301.** This presentment shall constitute a CLAIM against the assets of your institution and is valid upon your failure to comply with the requirement of this agreement and to VALIDATE NOT VERIFY THE COMPREHENSIVE ACCOUNTING!

**10302. NOTICE:** All titles/names/appellations of corporate Government juridical constructs, and branches, departments, agencies, bureaus, offices, sub-whatever's, and the like thereof, include any and all derivatives and variations in the spelling of said titles/names/appellations.

**10303. NOTICE:** Any and all attempts at providing the requested and necessary Proof of Claims raised herein above; and, requesting the additional ten (10) Calendar days in which to provide same; and, to address any and all questions and concerns to the Undersigned in regards to the Stated Copyright and waiver herein expressed, in any manner other than that provided for herein will be deemed non-responsive.

The Undersigned extends to the Respondent(s) the Undersigned's appreciations and thanks for Respondent's(s) prompt attention, response, production of above Proof(s) of Claim and assistance in this/these matter(s). This presentment is not to be construed as an acceptance and/or application and/or subscription and/or request for license, admittance to any jurisdiction quasi-or otherwise. But shall remain as a direct objection to any and all claims to the contrary.


Sincerely,

Without Recourse



**Nelson L. Bruce a Natural Man**

2019-0108BRUCWSFCM–512389981– 5577899811© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

(THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK)

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748

A70A-NB-001

EXHIBIT - B

## SITCOMM ARBITRATION ASSOCIATION
### 1001 South White Oak Road
### White Oak, Texas 75693
### + 1 (877) 631-1722

Website: saalimited.com

Email: support@saalimited.com

## FINAL ARBITRATION AWARD

### Sitting in the following composition:

**Committee Member:**  Alden A. Bennett
Houston, Texas

**Arbitrator:**  Sandra Goulette
Laurel, Mississippi

### In the Matter of the Arbitration Between the Following Parties:

NELSON L. BRUCE, ET AL.,

CLAIMANT,

v.

Contract No.:  SAANB-A70A-051319-SLG

WILMINGTON SAVINGS FUND SOCIETY, FSB - Attention: Mark A. Turner (CEO), ET AL.,
ALBERTELLI LAW-William S. Koehler on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL.,
The District Court of the United States - Charleston Division/Civil, ET AL.,
CARRINGTON MORTGAGE SERVICES, LLC - Attention: Bruce Rose (CEO), ET AL.,
The UNITED STATES OF AMERICA - UNITED STATES ATTORNEY GENERAL at United States Department of Justice, ET AL.,
The United States Supreme Court - Chief Justice John Glover Roberts Jr. ET AL.,
The South Carolina Supreme Court - ATTENTION: Chief Justice Donald W. Beatty, ET AL.,
The United States Department of Agriculture - Fiscal Service, Director, Finance Office, ET AL.,
State of South Carolina Attorney General's Office - Attention Attorney General Alan Wilson, ET AL.,
South Carolina Housing Trust Fund - SC Housing Corp - c/o Tracey C. Easton, ET AL.,
GOVERNOR OF THE STATE OF SOUTH CAROLINA - State House - Attention The Honorable Henry McMaster, ET AL.,
United States House of Representatives - Attention: Joe Cunningham, ET AL.,
The South Carolina State Treasurer - OFFICE OF THE STATE TREASURER and or their assigns - Attention: State Treasurer Curtis M. Loftis, Jr., ET AL.,
South Carolina House of Representatives - South Carolina Legislative Council and/or their assigns - Attention: Mandy W. Kimmons, ET AL.,
The Treasurer of the United States - Office of the Treasurer and or their assigns, ET AL.,
Dorchester County Courthouse – Common Pleas/Civil/Circuit Court, Judge Diane S. Goods, Et Al.,
BANK OF AMERICA, N.A. – C/O BANK OF AMERICA CORPORATION – Brian Moynihan, CEO, Et Al.

RESPONDENT(S).  *9 UNITED STATES CODES §1, §2, AND §9
THE COMMON LAW*

SEALED.

A70A-NB-001    EXHIBIT - B

IN THE MATTER OF THE ARBITRATION BETWEEN:

| | | |
|---|---|---|
| NELSON L. BRUCE, ET AL., | § § § | |
| | § | Contract No.: SAANB-A70A-051319-SLG |
| CLAIMANT, | § § | **RESOLUTION TO DISPUTE** |
| v. | § § | **RESOLUTION COMPLAINT** |
| | § § | |
| WILMINGTON SAVINGS FUND, ET AL, | § § | |
| | § § | *9 UNITED STATES CODES* |
| RESPONDENT(S). | § § | *§1, §2, AND §9* |
| | § | **THE COMMON LAW** |
| | § § | SEALED. |

## FINAL ARBITRATION AWARD

Breach or violation of required contract terms:

The parties have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this Title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made. Notice of the application shall be served upon the adverse party and thereupon the court shall have jurisdiction of such party as though they had appeared generally in the proceeding. If the adverse party is a resident of the district within which the award was made, such service shall be made upon the adverse party or their attorney as prescribed by law for service of notice of motion in an action in the same court. If the adverse party shall be a nonresident, then the notice of the application shall be served by the marshal of any district within which the adverse party may be found in like manner as other process of the court.[1]

Arbitrator's Name:    Sandra Goulette

Hearing Location:    Laurel, Mississippi

This Arbitrator, Sandra Goulette; having considered the Claimant's request for dispute resolution on complaint, finds the following:

Jurisdictional Allegations:

1. This Arbitrator has Subject Matter Jurisdiction, SMJ; as acknowledged by 9 U.S. Codes §1, §2, §9; 28 U.S. Code §§ 1346; and the established common law not limited to the following specifics:

a.    That Nelson L. Bruce is a citizen of the state of South Carolina: -

b.    That the Respondent(s)

WILMINGTON SAVINGS FUND SOCIETY, FSB - Attention: Mark A. Turner (CEO), ET AL.,

---

[1] July 30, 1947, Ch. 392, 61 Stat. 672.

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                                    A70A-NB-001        EXHIBIT - B

ALBERTELLI LAW-William S. Koehler on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL.,

The District Court of the United States - Charleston Division/Civil, ET AL.,

CARRINGTON MORTGAGE SERVICES, LLC - Attention: Bruce Rose (CEO), ET AL.,

The UNITED STATES OF AMERICA - UNITED STATES ATTORNEY GENERAL at United States Department of Justice, ET AL.,

The United States Supreme Court - Chief Justice John Glover Roberts Jr. ET AL.,

The South Carolina Supreme Court - ATTENTION: Chief Justice Donald W. Beatty, ET AL.,

The United States Department of Agriculture - Fiscal Service, Director, Finance Office, ET AL.,

State of South Carolina Attorney General's Office - Attention Attorney General Alan Wilson, ET AL.,

South Carolina Housing Trust Fund - SC Housing Corp - c/o Tracey C. Easton, ET AL.,

GOVERNOR OF THE STATE OF SOUTH CAROLINA - State House - Attention The Honorable Henry McMaster, ET AL.,

United States House of Representatives - Attention: Joe Cunningham, ET AL.,

The South Carolina State Treasurer - OFFICE OF THE STATE TREASURER and or their assigns - Attention: State Treasurer Curtis M. Loftis, Jr., ET AL.,

South Carolina House of Representatives - South Carolina Legislative Council and/or their assigns - Attention: Mandy W. Kimmons, ET AL.,

The Treasurer of the United States - Office of the Treasurer and or their assigns, ET AL.,

Dorchester County Courthouse – Common Pleas/Civil/Circuit Court, Judge Diane S. Goods, Et Al.,

BANK OF AMERICA, N.A. – C/O BANK OF AMERICA CORPORATION – Brian Moynihan, CEO, Et Al.

… Have entered into an agreement whereby they knowingly and intentionally agreed to the following "… Failure and or refusal to respond and provide the requested and necessary Proof of Claims shall be held and noted as agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and/or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and/or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Claimant, through "tacit acquiescence." Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to the Conditional Acceptance for Value and counter offer/claim for Proof of Claim, also Respondent(s); have agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims which has created and established for Respondent(s) an estoppel in this matter(s), and ALL matter(s) relating hereto; and arising necessarily therefrom; and

2.      The above-captioned matter was set for arbitration after the receipt of the application and dispute resolution complaint on March 15, 2019; and

3.      This Arbitrator has notified all parties listed above (a copy of proof of notification is

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                          A70A-NB-001          EXHIBIT - B

permanently affixed to this record by reference) granting each party the opportunity to submit documentation, records, proofs, evidence, exhibits, affidavits related to the instant matter, the contract 2019-0108BRUCWSFCM-S12389981-5577899811°, its terms, premises, promises, and obligations on or about January 08, 2019; and

4.     The Respondent(s) in a related action have made a claim against the Claimant of this instant matter related to the Claimant's interests and/or properties. There exists a matter in dispute and/or controversy associated with the contractual agreement, thereby extending jurisdiction to this body to proceed as per the terms of the agreement, as well as relevant laws and facts in support as presented during the arbitration of this controversy; and

5.     The parties entered into a legally binding contractual relationship with each other and this Arbitrator finds that there is no fraud and/or any attempt to induce fraud and/or to commit fraud, and/or inducement of contract, and/or fraud in the factum respecting the instant matter and contract. Thus, the parties are bound by the terms and obligations agreed upon and imposed upon them as a direct result of the contractual agreement; and

6.     This Arbitrator finds that all the elements that form a contractual agreement and a legally commercial binding obligatory relationship are present; and

7.     The contract clearly expresses the method of settlement and resolution of all disputes arising thereunder shall be settled by arbitration under the authority of the standards of common-law arbitration, the Federal Arbitration Act, and further stipulated and appointed this Arbitrator listed herein as agreed upon as the Arbitrator of record. Neither party has objected, protested, and/or attempted to amend any portion and/or provision at any time of the contract; the contract status that all final and binding arbitration awards may be confirmed by any court in America having original jurisdiction pursuant to Title 9 United States Codes §9 and §13; and

8.     It has been alleged and thoroughly proven that the Respondent(s) listed above have by their own accord agreed to all the terms of the contract, that they have committed the offenses claimed in the contract and have acted against the interests of the Claimant's, depriving them of their right to property, their right to contract, the right to The Pursuit of Happiness and the enjoyment of life. They have admitted and agreed that they have violated the Claimant's constitutional and common law rights, that they had intentionally, knowingly and deliberately failed to perform as agreed, have forsook their obligatory duty of care and thus created a dispute that requires a resolution by SITCOMM ARBITRATION ASSOCIATION (Hereinafter "SAA") and/or any subsequent award; and

9.     The parties stipulated and agreed that the related matters including any judgments associated thereto, any claims, and any collateral attacks; by the Respondent(s) are null and void of any effect and shall not be binding on the Claimant retroactively and henceforth; and

10.     The contract stated that punitive damages can be optionally assessed, however; the

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                                A70A-NB-001                    EXHIBIT - B

contract remains silent as to any case that would direct the Arbitrator to direct a formula to determine punitive damages. It is deemed that punitive damages may be warranted if the Respondent(s) do not voluntarily comply with this award. In such an event, this Arbitrator may impose punitive damages at a rate of three times the amount of the actual damages in addition to other remedies awarded.[2]

11.    The parties did have a prior relationship and the Respondent(s) had an obligation to respond to the reasonable requests of the Claimant. One of those requests being that the Respondent(s) provide an accounting and that such accounting be truthful and certified as being wholly accurate. As the custodian of record, a position for which the Respondent(s) volunteered, accepted such responsibility and have yet to rebut such a presumption. This Arbitrator finds that they were duty-bound and have breached their fiduciary duty of care, supporting their willful and intentional as well as deliberate default respecting the irrevocable binding contractual agreement that is coupled with interests; and

12.    Further, this Arbitrator finds that the contractual agreement does highlight and note a settlement offer whereby the parties stipulate within the body and framework of the agreement ("Contract" "Agreement") in line with the Tucker Act and have agreed to certain and specific terms under and in line with the contractual agreement; and

13.    There is complete diversity of citizenship between the parties; and

14.    The amount in controversy exceeds the sum of $75,000.00, exclusive of interest, costs, fees and assessments; and

15.    That the venue is proper in any court of original jurisdiction wherein either the Arbitrator resides or chosen by the Claimant as stipulated in the contractual agreement and that any orders compelling witness attendance, provisional remedies, equitable relief, interim awards are to be issued and enforced according to the terms of the contract as stipulated in the agreement; and

16.    That the parties have agreed that all pre-existing as well as existing contractual Agreements between the parties, no matter their scope, subject matter, and/or detail are superseded and extinguished by the contractual agreement referenced and related hereto; and

Should the Claimant elect; that jurisdiction for the final award may be had under the Tucker Act in the United States Court of Federal claims as the exclusive jurisdiction for said Court of Claims for damages against the United States under contract in excess of $10,000.00. Since this matter is against an institution registered and licensed with the United States, during the time of its conduct is construed as one and the same as a matter of law; the Federal Court of Claims would be at the election of the Claimant, a chosen proper jurisdiction to have the matter determined under common-law and/or as stipulated in the contract at any court of original jurisdiction.

---

[2] *Pacific Mutual Life Insurance Company vs. Haslip*, 499 US 1 (1991).

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                    A70A-NB-001                    EXHIBIT - B

## BASIS FOR ARBITRATION:

17.    On or about January 08, 2019:  The Claimant and the Respondent(s) entered into a written, self-executing, binding, irrevocable, contractual agreement coupled with interests, for the complete resolution of their misconvictions and other conflicts respecting their previous relationship. The Respondent(s) made an attempt to change the terms of that contractual agreement and the Claimant presented a counter offer or conditional acceptance of the offer to the Respondent(s). The record clearly documents that the Respondent(s) have failed to properly respond after they received the counter offer, whereby such nonresponse would equate to tacit acquiescence thereby creating an estoppel respecting the Respondent(s) and any future claims and/or prior claims and/or present claims associated with this instant matter.

18.    It appears that a dispute has arisen under the agreement between the parties and it is the subject matter at bar.  The Claimant contends that after agreeing to the terms of the contract, the Respondent(s) have failed to fully perform to the terms of the agreement and that the Claimant is entitled to immediate and unconditional remedy as prescribed within the terms of the contractual agreement.  The Claimant has demanded liquidation of the estate/trust and the Respondent(s) have failed to act.

19.    The contractual agreement stipulates that the Arbitrator may adjust the amount of the award to include fees, adjustments, costs, and other expenses.

20.    The contractual agreement provided for arbitration of disputes at SITCOMM ARBITRATION ASSOCIATION, which stated in relevant part:

That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with this agreement. That this agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default…

## ARBITRATION- AN ADMINISTRATIVE REMEDY COGNIZABLE AT COMMON-LAW

21.    ADDITIONALLY, it is exigent and of consequence for the Claimant to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondent(s) failure and/or refusal to respond and provide the requested and necessary Proof of Claims; it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and/or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and/or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every

EXHIBIT - B

averment, condition, and/or claim raised; as they operate in favor of the Claimant, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to the Conditional Acceptance for Value and counter offer/claim for Proof of Claim and Respondent(s); have agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims which will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom; and

22.    In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to the Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein the Conditional Acceptance for the Value/Agreement/Contract no. 2019-0108BRUCWSFCM-S12389981-5577899811° constitutes an agreement of all interested parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the Arbitrator, whereas a designated Arbitrator was chosen at random, who is duly authorized, and in the event of any physical or mental incapacity to act as Arbitrator, the Claimant shall retain the authority to select any neutral(s)/Arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties and with respect to this contractual agreement; the defaulting party waives any and all rights, services, notices, and consents to the Claimant and or the Claimant's representative selection of the Arbitrator thereby constituting agreement and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the Arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Claimant deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Claimant deems appropriate.  "An arbitrator's award should not be vacated for errors of law and fact committed by the arbitrator and the courts should not attempt to mold the award to conform to their sense of justice."[8]

---

[8] *Astor v. Geico Insurance Co.*, 110 AD3d 1062, 974 NYS2d 95 (2nd Dept., 2013).

A70A-NB-001

EXHIBIT - B

23.    Further, Respondent(s) agree that the Claimant can secure damages via financial lien on assets, properties held by them or on their behalf for ALL injuries sustained and inflicted upon the Claimant for the moral wrongs committed against the Claimant as set, established, agreed and consented to herein by the parties hereto, to include but not limited to: constitutional impermissible misapplication of statute(s)/law(s) in the above referenced alleged Commercial/Civil/Cause; fraud, conspiracy (two or more involved); trespass of title, property, and the like; and, ALL other known and unknown trespasses and moral wrongs committed through ultra vires act(s) of ALL involved herein; whether by commission or omission.  Final amount of damages to be calculated prior to submission of Tort Claim and/or the filing of lien and the perfection of a security interest via a Uniform Commercial Code Financing One (1) Statement; estimated in excess of TEN (10) Million dollars (USD- or other lawful money or currency generally accepted with or by the financial markets in America) and notice to Respondent(s) by invoice. Per Respondent(s) failure and/or refusal to provide the requested and necessary Proof of Claims and thereby; and therein consenting and agreeing to ALL the facts set, established, and agreed upon between the parties hereto, shall constitute a self-executing binding irrevocable durable general power of attorney coupled with interests.  This Conditional Acceptance for Value and counter offer/claim for Proof of Claim becomes the security agreement under commercial law whereby only the non-defaulting party becomes the secured party, the holder in due course, the creditor in and at commerce. It is deemed and shall always and forever be held that the Claimant and all property, interest, assets, estates, trusts commercial or otherwise shall be deemed consumer and household goods not-for-profit and or gain, private property, and exempt, not for commercial use, nontaxable as defined by the Uniform Commercial Code Article 9 §102 and Article 9 §109 and shall not in any point and/or manner, past, present and/or future be construed otherwise- see the Uniform Commercial Code Articles 3, 8, and 9.

24.    Respondent(s) have allowed the ten (10) Calendar days or twenty (20) Calendar days total if request was made by signed written application for the additional ten (10) Calendar days to elapse without providing the requested and necessary Proof of Claims for which Respondent(s) have entered into fault and the Claimant has transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s); wherein Respondent(s) were given an additional three (3) days (72 hours) to cure Respondent(s) fault. Respondent(s) failed or otherwise refused to cure Respondent(s) fault and Respondent(s) are found in default and thereby; and therein, Respondent(s) have established Respondent(s) consent and agreement to the facts contained within the Conditional Acceptance for Value and counter offer/claim for Proof of Claim as said facts operate in favor of the Claimant; e.g., that the judgment of alleged "court of record" within the above referenced alleged Commercial/Civil/Cause is VOID AB INITIO for want of subject-matter jurisdiction of said venue; insufficient document (Information) and affidavit in support thereof for want of establishing a claim of debt; want of Relationship with the "source of authority" for said statute(s)/law(s) for want of

A70A-NB-001

privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and,

25.    Respondent(s) agreed and consented that Respondent(s) do have a duty and obligation to Claimant; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the alleged Commercial/Civil/Cause and thereby; and therein, release the indenture (however termed/styled) upon the Claimant and cause the Claimant to be restored to liberty and release the Claimant's property rights, as well as ALL property held under a storage contract in the "name" of the all-capital-letter "named" defendant within the alleged Commercial/Civil/Cause within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this arbitration award is to be construed contextually and not otherwise and that if any portion and/or provision contained within this arbitration award, the self-executing binding irrevocable contractual agreement coupled with interests; is deemed non-binding it shall in no way affect any other portion of this arbitration award. That this Arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the properties associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the Arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

26.    The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged Commercial/Civil/Cause as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Claimant may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this contractual agreement by Respondent(s) to compel specific performance and or damages arising from injuries therefrom. The defaulting party will be foreclosed by laches and/or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action.

27.    Furthermore, the Respondent(s) are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and/or presumption.

**NOTICE OF COMMON-LAW ARBITRATION:**

28.    Please be advised that in-as-much as the Claimant has "secured" the "interest" in the "name" of the all-capital-letter "named" defendant as employed/used upon the face; and within, ALL documents/instruments/records within the alleged Commercial/Civil/Cause, to include any and all derivatives and variations in the spelling of said "name" except the "true name" of the Claimant, through a Common-Law Copyright, filed for record within the Office of the Secretary of State and having "perfected said interest" in same through incorporation within a Financing (and all

amendments and transcending filings thereto), by reference therein, the Claimant hereby and herein, waives the Claimant's rights as set, established, and the like therein, and as "perfected" within said Financing Statement acting/operating to "register" said Copyright, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the alleged Commercial/Civil/Cause for the SOLE purpose to correct said record and comply with Respondent(s) agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Claimant, the Claimant's corpus and ALL property currently under a "storage contract" under the Claimant's Common-Law Copyrighted trade-name; i.e., the all-capital-letter "named" defendant within the above referenced alleged Commercial/Civil/Cause, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a. the United States. Please take special note, that the copyright is with reference to the name and its direct association and/or correlation to the presenter.

29.    NOTICE:  The Arbitrators, "Must not necessarily judge according to the strict law but as a general rule ought chiefly to consider the principles of practical business."[4]

*    "Internationally accepted principles of law governing contractual relations."[5]

*    If the contract (valid or otherwise) contains an arbitration clause, then the proper forum to determine whether the contract is void or not, is the arbitration tribunal.[6]

*    That any determination by the Arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the Arbitrator.  The Arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract. Any default by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of the party who defaulted as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests. That the Arbitrator is prohibited from considering and/or relying on statutory law, as it has been held that any time any party relies on or enforces a statute, they possess no judicial power.

*    "A judge ceases to set as a judicial officer because the governing principals of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments and rationale for that of the agency. Additionally, courts are prohibited from their substituting their judgments for that of the agency."[7]

*    "...Judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency... "[8]

---

[4] *Norske Atlas Insurance Co v London General Insurance Co* (1927) 28 Lloyds List Rep 104.
[5] *Deutsche Schachtbau v R'As al-Khaimah National Oil Co* (1990) 1 AC 295.
[6] *Heyman v Darwins Ltd.* (1942) AC 356.
[7] *AISI v US*, 568 F2d 284.
[8] K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

A70A-NB-001                    EXHIBIT - B

- "...Their supposed 'court' becoming thus a court of limited jurisdiction' as a mere extension of the involved agency for mere superior reviewing purposes."[9] "When acting to enforce a statute, the judge of the municipal court is acting an administrative officer and not as a judicial capacity; courts in administrating or enforcing statutes do not act judicially. but, merely administerially."[10]

- "It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him."[11] "It is not every act, legislative in form, that is law. Law is something more than mere will be exerted as an act of power...Arbitrary power, enforcing its edicts to the injury of the person and property of its subjects is not law." [12]

- Some of the aforementioned cases are not published, however; these are still fundamental principles of law, and one of the fundamental principles of arbitration is that the Arbitrator sits as judge over the facts, and as such to preserve the sanctity of the process and Arbitrator receives the same immunity as a judge and is exempt from prosecution and or review, unless they can be proved that the Arbitrator intentionally ignored the evidence and acted in conspiracy to defraud the parties.

30.    As the Claimant has no desire NOR wish to tie the hands of Respondent(s) in performing Respondent(s) agreed upon duty/obligation as set, established, and agreed upon within this Conditional Acceptance for Value and counter offer/claim for Proof of Claim and thereby create/cause a "breach" of said contractually binding agreement on the part of the Respondent(s), Respondent(s) is hereby; and herein, NOTICED that if this waiver of said Copyright is not liberal, NOR extensive enough, to allow for the Respondent(s) to specifically perform all duties/obligations as set, established, and agreed upon within the Conditional Acceptance for Value and counter offer/claim for Proof of Claim: Respondent(s) may; in "good faith" and NOT in fraud of the Claimant, take all needed and required liberties with said Copyright and this waiver in order to fulfill and accomplish Respondent(s) duties/obligations set, established, and agreed upon between the parties to this agreement.

31.    If Respondent(s) has any questions and or concerns regarding said Copyright and or the waiver, Respondent(s) is invited to address such questions and or concerns to the Claimant in writing and causing said communiqués to be transmitted to the Claimant and below named Notary/Third Party. The respondents have acted as if the contract quasi-or otherwise does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their

---

[9] K.C. Davis, ADMIN. LAW, P. 95, (CTP, 6 Ed. West's 1977) *FRC v G.E.* 281 US 464; *Keller v PE,* 261 US 428.
[10] *Thompson v Smith.* 155 Va. 376. 154 SE 583, 71 ALR 604.
[11] *Endicott v Perkins,* 317 US 501.
[12] *Hurtado v. California* (1884) 110 US 515 (1984).

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                    A70A-NB-001                    EXHIBIT - B

job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest. It is as a result of that conflict of interest that binding arbitration shall be instituted.

32.    Your failure to respond, and this would include each of the Respondent(s) by their representative, and if represented by the Attorney General, such representation must be responsive for each State and/or State organization/department/agency, separately and severally to each of the points of averment, failure to respond to a single point of averment will constitute acquiescence, forfeiture, and a waiver of all rights with respects all of the points raised in this presentment.

33.    Pursuant to the terms of the contractual agreement the Claimant has provided proof that they have attempted to communicate with the Respondent(s) for compliance of the contractual agreement and have exhausted the requirements of the contractual agreement in that regard.

34.    The Respondent(s) have agreed and consented to binding arbitration under the terms of the contractual agreement and have waived all rights to vacate, modify, appeal, contest, or collaterally attack the decision, rulings, orders, remedies, and/or award (both interim and final) of this Arbitrator.

THE FEDERAL ARBITRATION ACT Application:

35.    Pursuant to the contractual agreement's arbitration clause, the agreement evidences a transaction involving or affecting "commerce," within the meaning of Article 9 United States Code Subsection 1, and that the facts attributable to the claimant's in the underlying associated matters/cause/actions are associated with the use of instrumentalities as described in the foreign sovereign immunities act or otherwise affected "commerce among the several states" within the meaning of the statute and Article 9 United States Code § 1.

36.    DUE TO THE FACT THAT THE CONTRACTUAL AGREEMENT IS A BINDING IRREVOCABLE CONTRACT WHICH AFFECTS "COMMERCE," THE ARBITRATION PROVISIONS CONTAINED WITHIN IT ARE "VALID, IRREVOCABLE AND ENFORCEABLE WITHIN THE MEANING OF 9 UNITED STATESS CODE SUBSECTION 2.

37.    "Valid, Irrevocable and Enforceable" arbitration agreements and the orders, rulings, decisions, remedies, and award made therefrom may be enforced in the United States courts by way of confirmation and entry of a judgment of the court within the meaning of the statute and Article 9 United States Codes § 9 and §13.  The supreme court has explained, "[t]here is nothing malleable about 'must grant,' which unequivocally tells courts to grant confirmation in all cases, except when one of the 'prescribed' exceptions applies."[13]  Confirmation of an award is generally a "summary proceeding that merely makes what is already a final arbitration award a judgment of the court."[14]

38.    It was held by the supreme court that "the "wholly groundless"[15] exception to

---

[13] *Hall St. Assocs., L.L.C. v. Mattel, Inc.*, 552 U.S. 576, 587 (2008).
[14] *Florasynth, Inc. v. Pickholz*, 750 F.2d 171, 176 (2d Cir. 1984).
[15] *Henry Schein, Inc., et al. v. Archer & White Sales, Inc.* (2019).

arbitrability is inconsistent with the federal arbitration act and this court's precedent. Under the act, arbitration is a matter of contract, and courts must enforce arbitration contracts according to their terms.[16] The parties to such a contract may agree to have an arbitrator decide not only the merits of a particular dispute, but also '"gateway' questions of 'arbitrability."' Therefore, when the parties' contract delegates the arbitrability question to an arbitrator, a court may not override the contract, even if the court thinks that the arbitrability claim is wholly groundless."[17]

## PROCEDURES ON ARBITRATION PROCEEDINGS:

39.     The Claimant is seeking equitable relief and monetary damage relief from the Respondent(s) and that the parties have agreed that arbitration proceedings should be bifurcated into separate phases: Phase One (1) should address the claims for monetary damages; and Phase Two (2) should address the claims for equitable relief.

40.     The parties have stipulated that any court of original jurisdiction may enforce the provisions of Phase Two (2) equitable relief awarded by the Arbitrator.

41.     This Arbitrator shall have the exclusive jurisdiction for the enforcement of any and all matters associated with Phase One (1) monetary damage relief.

42.     Due to time constraints and the paramount danger affecting the public interest, justice, and due process; the parties' consented and applied for the arbitration proceedings to commence without delay.

43.     First set of claims' (due to the extensive nature of the claims, each of the claims by the Claimant is incorporated herein by reference) ...

☐     The record shall reflect and note that the Claimant has attached a copy of the original contract which list all the claims within the form of stipulation, that the parties have all agreed to, and that they have incorporated each of those claims by reference. This Arbitrator finds that such incorporation is appropriate and accepts that incorporation as a matter of record.

☐     As noted above, the Claimant has alleged that the Respondent(s) have breached the contractual agreement and because the agreement is binding on all parties and was irrevocable; the Respondent(s) have acted in bad faith, with unclean hands, and have breached their fiduciary duty of care, responsibilities and are liable to the Claimant for the amount of the contractual agreement, plus additional costs, fees, assessments, penalties, and other equitable relief remedies.

☐     That the Respondent(s) have agreed to discontinue all use of the Claimant's personal information, assets, properties, within its publication, its databases, its system of record keeping, and to have surrendered all records associated with this matter to the Claimant and have failed to do as agreed.

☐     That the Respondent(s) have agreed to compensate the Claimant for their gross

---

[16] *Rent-A-Center, West, Inc. v. Jackson*, 561 US 63, 67.
[17] Ibid.

A70A-NB-001    **EXHIBIT - B**

misrepresentation of facts and other information pertinent to the welfare and well-being of the Claimant. Respondent(s) have failed to provide such compensation as agreed and have failed to provide any documentation which would substantiate their having complied with this requirement of the contractual agreement.

☐    That the Claimant has agreed and accepted the fact that the United States has declared a national banking emergency which is supported by the "EMERGENCY ECONOMIC BANKING RELIEF ACT," "PROCLAMATION 2038, 2039, and 2040," and the "NATIONAL EMERGENCIES ACT," which resulted in the suspension of all normal banking activities and have agreed that any claim of debt by the Respondent(s) is fraudulent, and that they willfully attempted and committed fraud against the Claimant.

☐    That the Respondent(s) have agreed that THE NATIONAL BANKING HOLIDAY permits them to issue what's known as emergency script as prescribed by the March 9, 1933 Act (the reference notes of Congress lend to this conclusion), have agreed to issue book keeping entry credit and/or tax credits to the Claimant in the amount of the initial claim and owe Claimant as much as treble damages associated with the initial claim.

☐    The Respondent(s) have further agreed to turn over any and all properties, assets, securities, documents, accounting records to the claimant's upon demand/default and have failed and/or refused to do so, thus putting them in further breach in violation of the contractual agreement, entitling the Claimant to equitable relief.

The findings and determination of THIS ARBITRATOR:

44.    It is the determination of this Arbitrator that the following are facts that are undisputed and uncontroverted:

a.    That there is a binding irrevocable contractual agreement that has been coupled with interests that exist between the parties.

b.    That some of the parties had a pre-established relationship which placed an obligation on each to communicate with the other.

c.    That the Respondent(s) have made changes to the original agreement which permitted and allowed the Claimant to present a counter offer and/or conditional acceptance of the offer to change the agreement to the Respondent(s).

d.    That the self-executing binding contract coupled with interests stands as irrevocable.

e.    That the Respondent(s) have agreed to the contract, agreed to all the terms and conditions of the contract by their acceptance of the waiver which was included as part of the contractual agreement; that waiver being the right not to respond as highlighted by the Supreme Court of the United States-

42.    "Due process requires, at a minimum; that an individual be given a meaningful

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                    A70A-NB-001              EXHIBIT - B

opportunity to be heard prior to being subjected by force of law to a significant deprivation. . .. That the hearing required by due process is subject to waiver and is not fixed in form does not affect its root requirement that an individual be given an opportunity for a hearing before he is deprived of any significant property interest . . ."[18]

43.     "In the latter case[19] we said that the right to be heard 'has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest.'[20] The Respondent(s) have failed to provide proof that they have not received and/or been notified of the existence of the contract and of their right to waiver.

44.     The Respondent(s) failure to respond constituted an act of "tacit acquiescence."

45.     Respondent(s) have failed and/or refused to respond and provide the requested and necessary Proof of Claims as requested by the Claimant.  Therefore, it shall be held, noted and agreed to by all the parties; that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and/or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and/or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Claimant, through "tacit acquiescence." Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to the Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but also Respondent(s) have agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims which will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom…

and

46.     Respondent(s) have waived all rights, claims, defenses, and/or standing respecting the matter and is estopped from any collateral attacks and/or seeking disposition from any other venue as a result of the knowing, intentional and deliberate consent to the contractual agreement.

    a.   This Arbitrator finds that the Claimant as well as the Respondent(s) are consenting adults, having attained the age of the majority; not a minor, not an infant, not a delinquent, and/or a decedent.  All parties are fully capable of entering into and negotiating contracts; and

---

[18] *Randone v. Appellate Department*, 1971, 5 C3d 536, 550.
[19] *Mullane v. Central Hanover Trust Co.*, 339 U.S. 306
[20] *Sniadach v. Family Finance Corp.*, 395 U.S. 337, 339, 340

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                              A70A-NB-001          EXHIBIT - B

b.  I do not find any of the parties to be suffering from a mental disease and/or defect that would
    have prevented and/or interfered with their knowing and intentional entering into the
    binding contractual agreement; and

c.  The arbitration hearing was held on May 13, 2019 at which time this Arbitrator reviewed all
    contractual agreements and documentary evidence submitted by the parties in this matter.

d.  This Arbitrator fully considered and grated the Claimant's request of March 15, 2019 for
    summary disposition and further considered all the evidence in reference to the contractual
    agreement.

e.  This Arbitrator finds that the contractual agreement is binding on some of the parties,
    remains irrevocable and that the contractual agreement remains in effect as stipulated
    within the agreement until all the obligations are satisfied by the defaulting party.  As of this
    day, those obligations have not been satisfied and I hereby order the Respondent(s) to satisfy
    the obligations according to the terms of the contractual agreement, which is not inconsistent
    with this order; and

f.  This Arbitrator finds that the Respondent(s) have failed to fully perform to the terms of the
    agreement and that the Claimant is entitled to immediate and unconditional remedy as
    prescribed within the terms of the contractual agreement; and

g.  A prior relationship did exist between some of the parties and the Respondent(s) had an
    obligation to respond to the reasonable request of the Claimant; and

h.  The Respondent(s) failed to provide proof that they have not received and/or been notified of
    the existence of the contractual agreement and of their right to waiver; and

i.  The Respondent(s) failed to respond to the contractual agreement mailed with proof of
    service by the Claimant on January 08, 2019 which constituted an act of "tacit acquiescence;"
    and

j.  The Respondent(s) have failed to fully perform to the terms of the agreement and the
    Claimant is entitled to immediate and unconditional remedy as prescribed within the terms
    of the contractual agreement; and

k.  Therefore, this Arbitrator awards Claimant, Nelson L. Bruce; a total of $ 740,043.33 (Seven
    Hundred Forty Thousand Forty Three U.S. Dollars and Thirty Three Cents) from
    Respondent(s) Wilmington Savings Fund Society, Carrington Mortgage Services, LLC and
    Bank of America, N.A.;  as stipulated for breach of the contractual agreement and as agreed
    to by the parties.  The breakdown of such contractual agreement is as follows; and

l.  This Arbitrator awards Claimant, Nelson L. Bruce; a total of $ 246,681.11 (Two Hundred
    Forty Six Thousand Six Hundred Eighty One U.S. Dollars and Eleven Cents) from
    Respondent  Wilmington Savings Fund Society; as stipulated for breach of the contractual
    agreement and as agreed to by the parties; and

m.  This Arbitrator awards Claimant, Nelson L. Bruce; a total of $ 246,681.11 (Two Hundred Forty Six Thousand Six Hundred Eighty One U.S. Dollars and Eleven Cents) from Respondent Carrington Mortgage Services, LLC; as stipulated for breach of the contractual agreement and as agreed to by the parties; and

n.  This Arbitrator awards Claimant, Nelson L. Bruce; a total of $ 246,681.11 (Two Hundred Forty Six Thousand Six Hundred Eighty One U.S. Dollars and Eleven Cents) from Respondent Bank of America, N.A. as stipulated for breach of the contractual agreement and as agreed to by the parties; and

o.  The Respondent(s) have thirty (30) days from receipt of this Award to comply with the decision of this Arbitrator.  In the event that the Respondent(s) fail to comply with the decision of this Award, this Arbitrator may re-visit this matter to award the Claimant with punitive damages.

p.  The agreement stipulates that this Arbitrator may adjust the amount of the award to include fees, adjustments, costs, and other expenses.

48.  The Supreme Court has explained, "[t]here is nothing malleable about 'must grant,' which unequivocally tells courts to grant confirmation in all cases, except when one of the 'prescribed' exceptions applies."[21]  A Judicial review of an arbitrator's award is extremely limited, and the court must accept the arbitrator's credibility determinations, even where there is conflicting evidence and room for choice exists.[22]  "An arbitrator's award should not be vacated for errors of law and fact committed by the arbitrator and the courts should not attempt to mold the award to conform to their sense of justice."[23]

49.  This order shall be binding on all the parties, in all jurisdictions, and shall take precedent over all collateral and/or related matters heretofore, at present and forthwith until the agreement is fully satisfied. The Respondent(s) are estopped from maintaining and/or bringing forth any action against the Claimant, the Claimant's heirs, and/or the Claimant's properties permanently. This order shall constitute a permanent injunction against the Respondent(s) respecting the Claimant's and the Claimant's interest; comprised and embodied within the contractual agreement.

50.  The Respondent(s) are hereby ordered to release any and all claims against any and all properties of the Claimant's, to return any and all properties held in any manner, to include records, documents, audiotapes, discoveries, exculpatory or otherwise, and that this order/mandate shall not be construed other than its intent and its contextual rendering.

51.  Accordingly, Justice Kavanaugh of the Supreme Court expressed his opinion as "We

---

[21] *Hall St. Assocs., LLC v. Mattel, Inc.,* 552 U.S. 576, 587 (2008).
[22] *Matter of Long Is. Ins. Co. v. Motor Vehicle Accident Indemnification Corp.,* 57 AD3d 670, 869 NYS2d 195 (2nd Dept., 2008).  *White v. Roosevelt Union Free School District Board of Educ.,* 147 AD3d 1071, 48 NYS3d 220 (2nd Dept., 2017).
[23] *Altor v. Geico Insurance Co.,* 110 AD3d 1062, 974 NYS2d 95 (2nd Dept., 2013).

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                    A70A-NB-001                    EXHIBIT - B

must interpret the Act as written, and the Act in turn requires that we interpret the contract as written. When the parties' contract delegates the arbitrability question to an arbitrator, a court may not override the contract. In those circumstances, a court possesses no power to decide the arbitrability issue. That is true even if the court thinks that the argument that the arbitration agreement applies to a particular dispute is wholly groundless."[24]

52.    Further, Kavanaugh continued: "That conclusion follows not only from the text of the Act but also from precedent. We have held that a court may not "rule on the potential merits of the underlying" claim that is assigned by contract to an arbitrator, "even if it appears to the court to be frivolous."[25] A court has "'no business weighing the merits of the grievance'" because the "'agreement is to submit all grievances to arbitration, not merely those which the court will deem meritorious.'"[26] AT&T Technologies principle applies with equal force to the threshold issue of arbitrability. Just as a court may not decide a merits question that the parties have delegated to an arbitrator, a court may not decide an arbitrability question that the parties have delegated to an arbitrator.

This award is consistent with the following:

53.    5 U.S. Code § 572 - General authority

(a) An agency may use a dispute resolution proceeding for the resolution of an issue in controversy that relates to an administrative program, if the parties agree to such proceeding.

(b) An agency shall consider not using a dispute resolution proceeding if—

(1) A definitive or authoritative resolution of the matter is required for precedential value, and such a proceeding is not likely to be accepted generally as an authoritative precedent;

(2) The matter involves or may bear upon significant questions of Government policy that require additional procedures before a final resolution may be made, and such a proceeding would not likely serve to develop a recommended policy for the agency;

(3) Maintaining established policies is of special importance, so that variations among individual decisions are not increased and such a proceeding would not likely reach consistent results among individual decisions;

(4) The matter significantly affects persons or organizations who are not parties to the proceeding;

(5) A full public record of the proceeding is important, and a dispute resolution proceeding cannot provide such a record; and

(6) The agency must maintain continuing jurisdiction over the matter with authority to alter the disposition of the matter in the light of changed circumstances, and a dispute resolution proceeding would interfere with the agency's fulfilling that requirement.

[24] *Henry Schein, Inc., et al. v. Archer & White Sales, Inc.* (2019).
[25] *AT&T Technologies, Inc. v. Communications Workers*, 475 U. S. 643, 649–650 (1986).
[26] *Steelworkers v. American Mfg. Co.*, 363 U. S. 564, 568 (1960).

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748

A70A-NB-001

EXHIBIT - B

(7) Alternative means of dispute resolution authorized under this subchapter are voluntary procedures which supplement rather than limit other available agency dispute resolution techniques.[27]

54.    The Claimant and Respondent(s) have agreed that this private contractual agreement involving private parties has no bearing on the public and/or the SITCOMM ARBITRATION ASSOCIATION'S policies and/or procedures, and that the award is consistent with the terms of the agreement and the general principles of arbitration that have been delineated through the annuals a time.

55.    That the contractual agreement between the parties was specific to the parties only and did not involve any nonrelated party and/or entity, does not affect government and/or its abilities to carry out its functions, policies, and/or procedures. That the parties saw arbitration as an alternative remedy and agree to the alternative remedy within the construct of the binding irrevocable contractual agreement that remains coupled with interests.

56.    That the term and/or phrase agency as defined by the statute does not apply to the parties and their private contractual matters. - (1)"agency" means each authority of the Government of the United States, whether or not it is within or subject to review by another agency, but does not include— (A) the Congress; (B) the courts of the United States; (C) the governments of the territories or possessions of the United States; (D) the government of the District of Columbia; (E) agencies composed of representatives of the parties or of representatives of organizations of the parties to the disputes determined by them; (F) courts martial and military commissions; (G) military authority exercised in the field in time of war or in occupied territory; or (H) functions conferred by; subchapter II of; or sections 1884, 1891–1902, and former appendix; 1.

(a) that none of the following cases apply wherein the award may be vacated—

(1) As this Arbitrator relied upon the facts and evidence[28] presented and that the award was not procured by corruption, fraud, or undue means; and/or

(2) That no aspect of the parties political affiliation, sexual orientation, gender, religious Association, and/or otherwise partiality or corruption are present in the Arbitrators, or and/or the issuance of this award; and/or

(3) The Arbitrator is not guilty of misconduct in refusing to postpone the hearing, as each party was given an opportunity to have such a hearing postponed whether or not they provided sufficient cause, or and that there was in no case a refusal to hear evidence pertinent and material to the controversy; or any misbehavior by which the rights of any party could be perceived as having been prejudiced; and/or

---

[27] Added Pub. L. 101–552, § 4(b), Nov. 15, 1990, 104 Stat. 2739, § 582; renumbered § 572, Pub. L. 102–354, § 3(b)(2), Aug. 26, 1992, 106 Stat. 944.

[28] *Singh v. Raymond James Fin. Servs., Inc.,* No. 13-cv-1323, 2014 WL 11370123, (S.D.N.Y. March 28, 2014). "[T]ypically, 'arbitrators need not explain their rationale for an award'" (quoting *Barbier v. Shearson Lehman Hutton Inc.,* 948 F.2d 117, 121 (2d Cir. 1991)).

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748

A70A-NB-001

EXHIBIT - B

(4) That the Arbitrator operated only within the powers delegated by the contractual agreement, powers that were detailed in the agreement, and to the best of the Arbitrator's ability have perfectly executed those powers to the extent that a mutual, final, and definite award upon the subject matter submitted has been rendered. Title 5 §572 has been complied with by this Arbitrator and SITCOMM ARBITRATION ASSOCIATION.

57.    That this award may only be modified under the following circumstances —

(a) Where there was an evident material miscalculation of figures or an evident material mistake in the description of any person, thing, or property referred to in the award, the Arbitrator relied on the contract and the amount specified within the agreement; and

(b) Where the Arbitrators may have awarded upon a matter not submitted to them, unless it is a matter not affecting the merits of the decision upon the matter submitted, the Arbitrator has relied upon the evidence presented and the contractual agreement and terms specified therein; and

(c) Where the award is imperfect in matter of form not affecting the merits of the controversy. This Arbitrator may modify and correct the award, so as to affect the intent thereof and promote justice between the parties, the Arbitrator has intended to promote justice, fairness, and render due process between the parties irrespective of the Arbitrator's personal opinion, rationale, arguments and/or disposition.

58.    It shall be forever known and stated, that this Arbitrator relied on the evidence presented and the intentions of the contract; and not otherwise. That I am duly appointed by the parties as stipulated in the agreement and as per the law this order is binding on all parties and I have come to the conclusions stated herein based on the facts and the evidence presented at the time of this arbitration award. This decision and/or rendering is not interim, that this is a final decree and judgment by this Arbitrator shall remain in effect and enforced as un-amendable immediately upon issuance.

NOTICE OF THE ISSUANCE OF THE AWARD TO BE DELIVERED TO:

ORIGINAL:

CLAIMANT

ADDRESS:    Nelson L. Bruce
144 Pavilion Street
Summerville, South Carolina 29483
United States of America

COPIES:

RESPONDENT(S)

Wilmington Savings Fund Society
Attention: Mark A. Turner, Chief Executive Officer
500 Delaware Avenue
Wilmington, Delaware 19801

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                              A70A-NB-001              **EXHIBIT - B**

Albertelli Law
William S. Koehler on behalf of Wilmington Savings Fund Society, FSB
1201 Main Street, Suite 1450
Columbia, South Carolina 29201

Bank of America, N.A.
Brian Moynihan, Chief Executive Officer
100 N. Tryon Street
Charlotte, North Carolina 28255

The District Court of the United States – Charleston Division/Civil
85 Broad Street
Charleston, South Carolina 29401

Carrington Mortgage Services, LLC
Attention: Bruce Rose, Chief Executive Officer
P.O. Box 5001
Westfield, Indiana 46074

United States Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Justice John Glover Roberts, Jr.
United States Supreme Court
1 First Street, N.E.
Washington, D.C. 20543

Chief Justice Donald W. Beatty
South Carolina Supreme Court
1231 Gervais Street
Columbia, South Carolina 29201

Fiscal Service Director, Finance Office
United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250

Attorney General Alan Wilson
State of South Carolina Attorney General's Office
P.O. Box 11549
Columbia, South Carolina 29211

South Carolina Housing Trust Fund
Attention: Tracey C. Easton
300-C Outlet Pointe Boulevard
Columbia, South Carolina 29210

The Honorable Henry McMaster
Governor of the State of South Carolina
1100 Gervais Street
Columbia, South Carolina 29201

United States House of Representatives
Attention: Joe Cunningham
530 Johnnie Dodds Boulevard, Suite 201
Mt. Pleasant, South Carolina 29464

Office of the State Treasurer
South Carolina State Treasurer
1200 Senate Street, Suite 214 Wade Hampton Building
Columbia, South Carolina 29201

South Carolina House of Representatives
310A Blatt Building, 1105 Pendleton Street
Columbia, South Carolina 29201

NUMBER: SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748                A70A-NB-001                    EXHIBIT - B

Office of the Treasurer
Treasurer of the United States
1500 Pennsylvania Ave, N.W. Room 2134
Washington, D.C. 20220

EMAIL:    leonbruce81@yahoo.com

SO, AWARDED.

Be it so this 18th day May 2019.

At: Laurel, Mississippi

Arbitrator's Signature: *Sandra Goulette*
SANDRA GOULETTE

Committee Member's Signature: _____
*Alden Bennett*
ALDEN A. BENNETT

IMPORTANT NOTICE:  Certification of services rendered.  The Original Arbitration Award is given to the Claimant to be
retained as private property. No Trespass. Certified Copies of the Original can only be issued with permission of
SITCOMM ARBITRATION ASSOCIATION.

(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK)

EXHIBIT - B

# SITCOMM ARBITRATION ASSOCIATION

**1001 South White Oak Road**
**White Oak, Texas 75693**
**+ 1 (877) 631-1722**

Website: www.saalimited.com                    Email: support@saalimited.com

### Office of the Committee

This Certification is not valid for use anywhere within the United States of America, its territories or possessions. This Certification does not certify the content of the document for which it is issued.

**I, Alden Bennett,** Committee Member of **SITCOMM Arbitration Association,** under and by virtue of the authority vested in me by the Federal Arbitration Act Title 9 Sections 1-9 of the United States Code, Do Hereby Certify that:

### Sandra Goulette

This Arbitrator has created and executed the attached Arbitration Award, was on the date thereof, the duly qualified Arbitrator for SITCOMM Arbitration Association whose official acts as such should be given full faith and credit in all Courts and Justice and elsewhere.

**In Testimony Whereof,** I hereunto set my hand and have caused to be affixed a director's autograph, on this *13th* day *2019* year of *5th* month, in the year of our Lord.



*Alden Bennett*
_____
Alden Bennett
SITCOMM ARBITRATION ASSOCIATION COMMITTEE MEMBER

No.  SAA-Z2Z7SG-3P651G3-C4A9OYA-9984748-BRUCE

EXHIBIT - C

## SITCOMM ARBITRATION ASSOCIATION
### 8764 Rosalie Avenue # 440223
### Brentwood, Missouri 63144
### + 1 (877) 631-1722

**Website: saalimited.com**                    **Email: support@saalimited.com**

# ALL-PURPOSE PROOF OF SERVICE

I,    SITCOMM ARBITRATION ASSOCIATION, being at or above the age of 18, of the

majority and not a party to the action, a citizen of the United States of America, did mail the

document entitled:                    FINAL ARBITRATION AWARD

---

by placing it in an envelope addressed to: **Name and address:**

WILLIAM S KOEHLER
ALBERTELLI LAW
1201 MAIN ST
STE 1450
COLUMBIA, SC 29201-3270
9405503699300019036921

BRIAN MOYNIHAN
BANK OF AMERICA
100 N TRYON ST
CHARLOTTE, NC 28202-4000
9405503699300019036952

DISTRICT COURT OF THE UNITED STATES
85 BROAD ST
CHARLESTON, SC 29401-2202
9405503699300019036969

JOE CUNNINGHAM
UNITED STATES HOUSE OF REPRESENTATIVES
530 JOHNNIE DODDS BLVD
STE 201
MT PLEASANT, SC 29464-3083
9405503699300019036976

WILLIAM BARR
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0009
9405503699300019036983

FINANCE OFFICE
UNITED STATES DEPT OF AGRICULTURE
1400 INDEPENDENCE AVE SW
WASHINGTON, DC 20250-0002
9405503699300019037072

NELSON L BRUCE
144 PAVILION ST
SUMMERVILLE, SC 29483-8444

TREASURER OF THE UNITED STATES
1500 PENNSYLVANIA AVE NW
RM 2134
WASHINGTON, DC 20220-0001
9405503699300019037287

MARK A TURNER
WILMINGTON SAVINGS FUND SOCIETY
500 DELAWARE AVE
WILMINGTON, DE 19801-1490
9405503699300019037300

SOUTH CAROLINA HOUSE OF REPRESENTATIVES
1105 PENDLETON ST # 310
COLUMBIA, SC 29201-3732
9405503699300019037317

JOHN G ROBERTS
UNITED STATES SUPREME COURT
1 1ST ST NE
WASHINGTON, DC 20543-0001
9405503699300019037232

EXHIBIT - C

ALAN WILSON
SOUTH CAROLINA ATTORNEY GENERAL
PO BOX 11549
COLUMBIA, SC 29211-1549
9405503699300019037102

HENRY MCMASTER
GOVERNOR OF SOUTH CAROLINA
1100 GERVAIS ST
COLUMBIA, SC 29201-6215
9405503699300019037133

SOUTH CAROLINA STATE TREASURER
1200 SENATE ST
STE 214
COLUMBIA, SC 29201-3734
9405503699300019037218

BRUCE ROSE
CARRINGTON MORTGAGE SERVICES
PO BOX 5001
WESTFIELD, IN 46074-5001
9405503699300019037225

DONALD W BEATTY
SOUTH CAROLINA SUPREME COURT
1231 GERVAIS ST
COLUMBIA, SC 29201-3206
9405503699300019037249

TRACEY E EASTON
SOUTH CAROLINA HOUSING TRUST FUND
300 OUTLET POINTE BLVD STE C
COLUMBIA, SC 29210-5652
9405503699300019037270

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local dropbox guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day May 21, 2019.

THE SITCOMM ARBITRATION ASSOCIATION

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=17&...

EXHIBIT - C

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

### Track Another Package +

**Tracking Number:** 9405503699300019036921                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:36 am on June 3, 2019 in COLUMBIA, SC 29201.

## ✓ Delivered

June 3, 2019 at 8:36 am
Delivered, Front Desk/Reception/Mail Room
COLUMBIA, SC 29201
Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

☆ BANK OF AMERICA
**Tracking Number:** 9405503699300019036952                    Remove ✕

**On Time**

**Expected Delivery on**

## SATURDAY
**1** JUNE 2019 ⓘ    by **8:00pm** ⓘ

## ✓ Delivered

June 1, 2019 at 10:53 am
Delivered, To Agent
CHARLOTTE, NC 28202
Get Updates ⌄

See More ⌄

6/25/2019, 1:50 PM

USPS.com® - USPS Tracking® Results

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=17&...

EXHIBIT - C

**Tracking Number:** 9405503699300019037287

**Expected Delivery on**

**MONDAY**

**3** JUNE 2019 (i) | by **8:00pm** (i)

✓ **Delivered**

June 3, 2019 at 3:48 am
Delivered
WASHINGTON, DC 20220

Get Updates ⌄

See More ⌄

★ WILMINGTON SAVINGS FUND SOCIETY
**Tracking Number:** 9405503699300019037300

Remove ✕

**On Time**

**Expected Delivery on**

**SATURDAY**

**1** JUNE 2019 (i) | by **8:00pm** (i)

✓ **Delivered**

June 1, 2019 at 7:53 am
Delivered, PO Box
WILMINGTON, DE 19801

Get Updates ⌄

See More ⌄

Remove ✕

6/25/2019, 1:50 PM

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=17&...

EXHIBIT - C

**Tracking Number: 9405503699300019037218**

**On Time**

**Expected Delivery on**

# SATURDAY
# 1 JUNE 2019 ⓘ   by **8:00pm** ⓘ

## ✅ Delivered

June 1, 2019 at 9:24 am
Delivered, In/At Mailbox
COLUMBIA, SC 29201

**Get Updates** ⌄

**See More** ⌄

CARRINGTON MORTGAGE SERVICES

**Tracking Number: 9405503699300019037225**                    Remove ✕

**On Time**

**Expected Delivery on**

# SATURDAY
# 1 JUNE 2019 ⓘ   by **8:00pm** ⓘ

## ✅ Delivered

June 1, 2019 at 10:35 am
Delivered, Individual Picked Up at Postal Facility
WESTFIELD, IN 46074

**Get Updates** ⌄

**See More** ⌄

Remove ✕

6/25/2019, 1:50 PM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Nelson L. Bruce, | |
| Petitioner, | C.A. NO.: _____ |
| vs. | **ORDER AND JUDGMENT**<br>**CONFIRMING ARBITRATION AWARD** |
| BANK OF AMERICA, N.A., WILIMINGTON<br>CARRINGTON MORTGAGE SERVICES,<br>LLC; | **EXHIBIT - D** |
| Respondents. | |

This matter is before the Court on the motion of the movant, **Nelson L. Bruce**, for an order, judgment and decree confirming an arbitration award in its entirety pursuant to the applicable provisions of **9 U.S.C. § 9**.

The movant and respondents are parties to written contracts evidencing transactions involving commerce to settle by arbitration controversy or claim arising out of or relating in any way to the Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability thereafter arising out of such contract between the parties within the meaning of **9 U.S.C. § 2**. In **2019**, the movant initiated an arbitration proceeding against the respondent(s) by filing a **"REQUEST FOR DISPUTE RESOLUTION"** with the **SITCOMM ARBITRATION ASSOCIATION ("SAA")**. The arbitrator conducted a hearing on **May 13, 2019** and issued an award (the "Award") on **May 18, 2019**. A copy of the Award is attached hereto as **Exhibit - B**.

Accordingly, the Court having reviewed the record and being duly and sufficiently advised, it is **ORDERED, ADJUDGED and DECREED** that:

1. This court has original subject matter jurisdiction of this action to confirm an arbitration award pursuant to **9 U.S.C. § 9 and § 13**, and **28 U.S. Code § 1332**.

**Page 1 | 3**

2.  This court has jurisdiction over the persons of the respondent(s) because it has been duly served with process in accordance with **9 U.S.C. § 9**.

3.  Venue is properly established in this Court pursuant to **9 U.S.C. § 9 and § 13,** and **28 U.S. Code § 1332**.

4.  It is established that this court is a court of **Original Jurisdiction**.

5.  The parties agreed, in written agreements evidencing transactions involving commerce, to settle by arbitration an existing controversy or any controversy thereafter arising out of such contract or transactions between the parties, under such agreements.

6.  A copy of the Award, which was made on **May 18, 2019,** is attached as **Exhibit - B** and is incorporated herein in its entirety by reference.

7.  The parties have agreed and applicable law provides that a judgment may be entered upon the Award made pursuant to the arbitration proceeding.

8.  Respondent(s) **Bank of America, N.A., Wilmington Savings Fund Society, FSB, and Carrington Mortgage Services, LLC** have failed to contest the award after it had been delivered to them as prescribed pursuant to **9 U.S.C. § 10 and § 11** within the timeframe prescribed pursuant to **9 U.S.C. § 12** and are therefore barred from raising any affirmative defenses in opposition to confirmation and enforcement of the award.

9.  The movant's application for an order and judgment confirming the Award is **GRANTED**. The Award, the terms and conditions of which are incorporated herein, in their entirety by reference, is confirmed as the judgment of this Court and, pursuant to **9 U.S. C. § 9**, may be enforced as any other judgement or decree pursuant to **9 U.S. C. § 13**.

10. Pursuant to **paragraphs 49 and 50** of the Award, it is hereby ordered as follows:

    a)  This order shall be binding on all the parties, in all jurisdictions, and shall take precedent over all collateral and/or related matters heretofore, at present and forthwith until the agreement is fully satisfied. The Respondent(s) are estopped from maintaining and/or bringing forth any action against the Claimant, the Claimant's heirs, and/or the Claimant's

properties permanently. This order shall constitute a permanent injunction against the Respondent(s) respecting the Claimant's and the Claimant's interest; comprised and embodied within the contractual agreement.

b)  The Respondents are to release any and all claims against any and all properties of the Claimant's, to return any and all properties held in any manner, to include records, documents, audiotapes, discoveries, exculpatory or otherwise, and that this order/mandate shall not be construed other than its intent and its contextual rendering.

**IT IS SO ORDERED.**

_____

_____
UNITED STATES DISTRICT JUDGE

Dated: _____
Columbia, South Carolina