AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nelson L. Bruce;

*Plaintiff(s)*

v.

BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, CARRINGTON MORTGAGE SERVICES, LLC; et al...

*Defendant(s)*

Civil Action No. 2:19-cv-02854-BHH-BM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Defendant 1 - BANK OF AMERICA
100 N TRYON STREET
CHARLOTTE, NORTH CAROLINA 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nelson L. Bruce
c/o 144 Pavilion Street
Summerville, South Carolina 29483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: January 02, 2020

s/ E. Graham
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Nelson L. Bruce;

*Plaintiff(s)*

v.

BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, CARRINGTON MORTGAGE SERVICES, LLC; et al...

*Defendant(s)*

Civil Action No. 2:19-cv-02854-BHH-BM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant 1 - WILMINGTON SAVINGS FUND SOCIETY
500 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nelson L. Bruce
c/o 144 Pavilion Street
Summerville, South Carolina 29483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: January 02, 2020

s/ E. Graham
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nelson L. Bruce;

*Plaintiff(s)*

v.

BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, CARRINGTON MORTGAGE SERVICES, LLC; et al...

*Defendant(s)*

Civil Action No. 2:19-cv-02854-BHH-BM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant 3 - CARRINGTON MORTGAGE SERVICES, LLC
C T Corporation System (Registered Agent for Carrington Mortgage Services, LLC)
150 West Market Street, Suite 800
Indianapolis, IN, 46204, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nelson L. Bruce
c/o 144 Pavilion Street
Summerville, South Carolina 29483

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: January 02, 2020



s/ E. Graham

*Signature of Clerk or Deputy Clerk*