UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| NELSON L. BRUCE, | ) | |
| | ) | |
| Petitioner, | ) | C/A 2:19-2854-BHH-BM |
| | ) | |
| vs. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, F.S.B., AND CARRINGTON MORTGAGE SERVICES, L.L.C., | ) ) ) ) | |
| | ) | |
| Respondents. | ) ) | |

**WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST C AND CARRINGTON MORTGAGE SERVICES, LLC'S OPPOSITION TO PETITION FOR ORDER CONFIRMING ARBITRATION AWARD AND MOTION TO VACATE AWARD**

Respondents Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust C ("Wilmington")[1] and Carrington Mortgage Services, LLC ("Carrington") (collectively, "Respondents") hereby give notice of their opposition to the Petition to Confirm Arbitration Award (ECF #1) and the 1st Amended Verified Petition for Entry of Order Confirming Arbitration Award (ECF #20). As further set forth in their accompanying Memorandum of Law and supporting affidavits, Wilmington and Carrington have never entered an agreement with Petitioner to submit disputes to arbitration. Furthermore, the materials submitted to the Court shows that the purported award was procured by corruption, fraud, or undue means, and the purported award shows a manifest disregard of law.

---

[1] The Petition erroneously fails to identify Wilmington in its capacity as trustee for the trust holding Petitioner's mortgage loan. Wilmington responds to the Petition using the correct designation.

WHEREFORE, Respondents respectfully request that the Court (a) deny the Petition and refuse to confirm the purported arbitration award; (b) vacate the award; (c) dismiss the Petition with prejudice; and (d) grant such other and further relief as the Court deems proper.

Submitted February 7, 2020.

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ G. Benjamin Milam
G. Benjamin Milam (S.C. Fed. Bar No. 12010)
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Telephone: (704) 338-6049
Facsimile: (704) 332-8858
Email: bmilam@bradley.com

*Attorneys for Wilmington Savings Fund Society, FSB as Trustee for Stanwich Mortgage Loan Trust C and Carrington Mortgage Services, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon the parties listed below by deposition a copy thereof in the United States Mail, Postage pre-paid and addressed as follows:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC  29483

This 7th day of February, 2020

                                             /s/ G. Benjamin Milam
                                             G. Benjamin Milam