Record/FILE ON DEMAND

RECEIVED
USDC CLERK, CHARLESTON, SC

2020 MAR 25 AM 9:26

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nelson L. Bruce,<br><br>Petitioner,<br><br>vs.<br><br>BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, CARRINGTON MORTGAGE SERVICES, LLC, et al.<br><br>Respondent(s). | CASE NO.: 2:19-cv-02854-BHH-BM<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

Comes now Petitioner, **Nelson L. Bruce** a natural man, being at or above the age of 18, of the age of the majority, with reservation of any and all natural rights, and hereby exercise such rights at all times and hereby requests the clerk to enter a default against the respondent(s)/defendant(s), **BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB and CARRINGTON MORTGAGE SERVICES, LLC against his counterclaim filed on 2/28/2020 (Doc. No. 34 improperly described in pacer as a Motion to amend/correct when the filing is clearly titled Counterclaim/Countersuit)** on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by **Rule 55(a)** of the Federal Rules of Civil Procedure. An affidavit in support of this request is attached hereto.

DATED this 25 day of March, 2020.

So entered:

*Nelson L. Bruce*
Nelson L. Bruce, Petitioner, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-207/1-308, 1-103.6
c/o 144 Pavilion Street
Summerville, South Carolina 29483
Phone: 843-437-7901

_____, Clerk

By: _____
Deputy Clerk