**Record/FILE ON DEMAND**

Acceptance of Offer with full immunity AND WITHOUT RECOURSE! NLB2020-0409NLBWILM3CATR2-ATRAB2BOA1-1© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nelson L. Bruce,<br><br>        Petitioner,<br><br>   vs.<br><br>BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, CARRINGTON MORTGAGE SERVICES, LLC, et al.<br><br>        Respondents. | **CASE NO.: 2:19-cv-02854-BHH-BM**<br><br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

COMES NOW Petitioner, **Nelson L. Bruce**, Sui Juris, being at the age of 18, of the majority, a citizen of the United States of America, with the explicit exercise of any and all his natural rights which are reserved and retained presents his Declination to Magistrate Judge Jurisdiction.

In accordance with **28 U.S.C. § 636(c)**, I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge. **DATED this 9th day of April, 2020.**

**RESPECTFULLY PRESENTED,**

"Without Prejudice"

*Nelson L. Bruce*   4-9-2020

Nelson L. Bruce, Petitioner/Plaintiff, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-207/1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina 29483
Phone: 843-437-7901