**Record/FILE ON DEMAND**

Acceptance of Offer with full immunity AND WITHOUT RECOURSE! NLB2020-0420NLBWILM3CATR2-ATRAB2BOA1© is secured and reserved with all rights retained, Private Property no trespass permitted or allowed under common law restrictions and prohibitions.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, | CASE NO.: 2:19-cv-02854-BHH-BM |
| Petitioner, | |
| vs. | NOTICE OF APPEAL |
| BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, CARRINGTON MORTGAGE SERVICES, LLC, Judge Bristow Marchant, Judge Bruce Howe Hendricks, UNKNOWN Doe's 1-1200, et al. | |
| Respondents. | |

Notice is hereby given that **Nelson L. Bruce**, Petitioner/Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court filed and entered on **3/24/2020 (Doc. 37)** and **4/10/2020 (Doc 45)** denying Petitioners/Plaintiffs Counterclaims incorrectly being labeled as a Motion to Amend/Correct **(Doc. 34)** Presented, filed and entered on **2/28/2020** and Motion to Vacate/Set Aside Judgment/Order **(Doc. 43)** Presented, filed and entered on **4/01/2020**. "I hereby certify that the appeal is not taken for purpose of delay and that the evidence presented is substantial proof of fact material in the proceeding." DATED this 20th day of **April, 2020**.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina 29483
ph. 843-437-7901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list under **via the: UNITED STATES POSTAL SERVICE by the UNITED STATES POST OFFICE via Postage Certified Mail.**

**Addressed to:**
McGuireWoods LLP
Attention: Brian A. Calub
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-2146
Certified Mail #: 7019 1640 0002 1913 3991

Bradley Arant Boult Cummings LLP
Attention: G. Benjamin Milam
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Certified Mail #: 7019 1640 0002 1913 3977

"Without Prejudice"

_Nelson L. Bruce  4-20-20_
Nelson L. Bruce, Petitioner, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C. 1-207/1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina 29483
Phone: 843-437-7901