IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
DEFICIENCY MEMORANDUM

TO:        Nelson L. Bruce

FROM:     Civil Case Manager

RE:        2:19-CV-2854-BHH

DATE:     September 15, 2020

      Pursuant to Rule 5, Federal Rules of Civil Procedures, we have filed your Additional Attachment to the Objection to Report and Recommendation (document #60) received on 9/15/2020 in the case number referenced above. However, it is deficient in the area(s) checked below:

■ **Document does not have the original signature of the Pro Se party.   Pro Se filers cannot use the s/ typed name signature.  Only registered users of CM/ECF are allowed to use the s/ typed name signature.**

☐    Document filed in wrong case

☐    Document is not legible.

☐    Document signed by attorney but e-filed under another attorney's login

☐    Documents filed together, please separate and refile

☐    Wrong Event used

☐    Wrong Document Attached

**Please correct the deficiency as noted above within three (3) business days AND RETURN FOR FILING.  If this document is not received and corrected, the file will be sent to a judicial officer for review.**

Enclosure: Original Document