UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NELSON L. BRUCE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 2:19-2854-BHH-BM |
| | ) |
| BANK OF AMERICA, N.A., WILMINGTON SAVINGS FUND SOCIETY, FSB, and CARRINGTON MORTGAGE SERVICES, LLC, | ) ) ) ) |
| | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that the undersigned, Judea S. Davis of the law firm of Bradley Arant Boult Cummings LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203, hereby enters her appearance as additional counsel for Defendants, Wilmington Savings Fund Society, FSB as Trustee for Stanwich Mortgage Loan Trust C, and Carrington Mortgage Services, LC. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Submitted March 12, 2021.

**BRADLEY ARANT BOULT CUMMINGS LLP**

 /s/ *Judea S. Davis*
Judea S. Davis (S.C. Fed. Bar No. 103092)
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-3896
Email: jusdavis@bradley.com

*Attorneys for Wilmington Savings Fund Society, FSB as Trustee for Stanwich Mortgage Loan Trust C and Carrington Mortgage Services, LLC*

4840-0585-2379.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 12th day of March, 2021, a copy of this Notice of Appearance was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel via the Court's electronic service system and will be furnished via U.S. Mail, postage prepaid, to:

    Nelson L. Bruce
    144 Pavilion Street
    Summerville, SC 29483

    *Petitioner pro se*

.

                                                  */s/ Judea S. Davis*
                                                  Judea S. Davis