AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nelson L. Bruce,

        *Petitioner,*

v.

Bank of America, N.A., Wilmington Savings Fund Society, F.S.B., and Carrington Mortgage Services, L.L.C.,

        *Respondents.*

Civil Action No.    2:19-2854-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  The Court ADOPTS the Report (ECF No. 55), OVERRULES Petitioner's objections (ECF Nos. 58, 60, 65), DENIES to confirm arbitration award (ECF No. 1), and VACATES any purported award.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date:  August 4, 2022

CLERK OF COURT

s/April Dickerson

*Signature of Clerk or Deputy Clerk*